# Attachment 3



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708

**Limited-Liability Company**
Articles of Organization
(PURSUANT TO NRS 86)

*Important: Read attached instructions before completing*

FILED #LCC10604
AUG 2 9 2002
IN THE OFFICE OF
DEAN HELLER, SECRETARY OF STATE

| | |
|---|---|
| **1. Name of Limited-Liability Company:** | Capital Holdings Int, LLC |
| **2. Resident Agent Name and Street Address:** *(Must be a Nevada address where process may be served)* | NAME  Christi Huneycutt<br>STREET ADDRESS: 4012 Kietske Lane   CITY: Reno   ZIP: NEVADA 89502<br>ADDITIONAL MAILING ADDRESS   CITY   STATE   ZIP |
| **3. Dissolution Date:** *(Optional - see instructions)* | Latest date upon which the company is to dissolve (if existence is not perpetual): |
| **4. Management:** *(Check one)* | Company shall be managed by  ☑ Manager(s) OR  ☐ Members |
| **Names, Addresses, of Manager(s) or Members:** *(Attach additional pages as necessary)* | 1. NAME  Norm Schmidt<br>STREET ADDRESS: 250 E 54th Avenue #17   CITY: Denver   STATE: Colorado   ZIP: 80216<br><br>2. NAME<br>STREET ADDRESS   CITY   STATE   ZIP<br><br>3. NAME<br>STREET ADDRESS   CITY   STATE   ZIP<br><br>4. NAME<br>STREET ADDRESS   CITY   STATE   ZIP |
| **5. Other Matters:** *(See Instructions)* | Number of additional pages attached: |
| **6. Names, Addresses and Signatures of Organizer(s):** *(If more than two incorporators, please attach additional pages)* | Norm Schmidt<br>NAME   Signature<br>STREET ADDRESS: 250 E 54th Avenue #17   CITY: Denver   STATE: Colorado   ZIP: 80216<br><br>NAME   Signature<br>STREET ADDRESS   CITY   STATE   ZIP |
| **7. Certificate of Acceptance of Appointment of Resident Agent:** | I, Christi Huneycutt hereby accept appointment as Resident Agent for the above named corporation.<br>Authorized Signature of Resident agent or Resident Agent Company   Date August 28, 2002 |

This form must be accompanied by appropriate fees.

0414229

# ANNUAL LIST OF MANAGERS OR MEMBERS AND RESIDENT AGENT OF

**Capital Holdings Int, LLC**
(Name of Limited-Liability Company)

A Nevada LIMITED-LIABILITY COMPANY FOR THE FILING PERIOD October 1, 02 TO October 1, 02
(State of Formation)

FILE NUMBER: 10604-02

The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Christi Huneycutt
4012 Kietske Lane
Reno, Nevada 89502

☐ IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

**Office Use Only**

FILED #
OCT 1 4 2002
IN THE OFFICE OF
DEAN HELLER SECRETARY OF STATE

Important. Read instructions before completing and returning this form.
1. Print or type names and addresses, either residence or business, for all managers, or if none, its members. A manager, or if none, a member of the company must sign the form. **FORM WILL BE RETURNED IF UNSIGNED**
2. If there are additional managers or members, attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the original registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business. If you need a receipt, return page 2 certificate and **ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE.** To receive a certified copy enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.

FILING FEE: $85.00   LATE PENALTY: $50.00

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) |
|---|---|---|---|
| Norm Schmidt | | | ☒ MANAGER   ☐ MEMBER |
| PO BOX | STREET ADDRESS | CITY | ST   ZIP |
| | 250 E 54th Avenue #17 | Denver | Colorado  80216 |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) |
|---|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER |
| PO BOX | STREET ADDRESS | CITY | ST   ZIP |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) |
|---|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER |
| PO BOX | STREET ADDRESS | CITY | ST   ZIP |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) |
|---|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER |
| PO BOX | STREET ADDRESS | CITY | ST   ZIP |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) |
|---|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER |
| PO BOX | STREET ADDRESS | CITY | ST   ZIP |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) |
|---|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER |
| PO BOX | STREET ADDRESS | CITY | ST   ZIP |

I declare to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

_/s/ Norm Schmidt_
Signature of Manager or Member                                   Date

0414230