# Attachment

# 5

ARTICLES OF ORGANIZATION
OF
FAST TRACK L.L.C.

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

I, the undersigned natural person being eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

### ARTICLE 1
### Name of Company

The name of the company is Fast Track L.L.C.

20011219610   C
$   100.00
SECRETARY OF STATE
11-16-2001   12:42:34

### ARTICLE II
### Principle Address

The principle place of business for the company is 250 East 54th Ave., Denver, CO 80216.

### ARTICLE III
### Period of Duration

The period of duration of the corporation shall be thirty (30) years.

### ARTICLE IV
### Purposes and Powers

Purposes : The purpose for which the company is organized is the transaction of all lawful business for which a company may be organized pursuant to the Colorado Corporation Code.

### ARTICLE V
### Regulation of Internal Affairs

Management : The management of this company is vested in it's managers.

### ARTICLE VI
### Initial Registered Office and Agent

The address of the initial registered office of the corporation and the name of the initial registered agent at such address is:

Jannice McLain          2753 W. Long Dr. #E
                        Littleton, CO  80120

196C - DN - 60160 -   3

0410503

ARTICLE VII
Managers

Initial Managers: The initial managers of the company shall consist of one member pursuant to C.R.S. Section 7-80-401, being natural persons of the age of eighteen years or older. The names and addresses of the persons who are to serve as managers are as follows:

| Managers | Addresses |
|---|---|
| Jannice McLain | 2753 W. Long Dr. #E<br>Littleton, CO 80120 |

ARTICLE VIII
Organizer

The name and address of the organizer is:

Jannice McLain          2753 W. Long Dr. #E
                        Littleton, CO 80120

Dated at Denver, Colorado this       day of November, 2001.

ORGANIZER:

_____
JANNICE McLAIN, R.N., B.S.N.


CONSENT OF APPOINTMENT

The undersigned hereby consents to her appointment to act as registered agent for Fast Track L.L.C.

Dated: November   ,2001

_____
JANNICE McLAIN, R.N., B.S.N.

0410504



STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in

File 20011219610

DATED 12/24/2002

Donetta Davidson
Secretary of State

By SChriederston

0410505