# Attachment

# 6

DIV SECURITIES          Fax:303-861-....

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE
20031125971 C
$ 100.00
SECRETARY OF STATE
04-18-2003 14:59:50

**ARTICLES OF ORGANIZATION
OF
ROCKY MOUNTAIN SPORTS PROMOTIONS, LLC**

I, the undersigned natural person being eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

**ARTICLE I
Name of Company**

The name of the company is ROCKY MOUNTAIN SPORTS PROMOTIONS, LLC

**ARTICLE II
Principal Address**

The principal place of business for the company is 2150 West 29th Avenue, Suite 130, Denver, CO 80211.

**ARTICLE III
Period of Duration**

The period of duration of the corporation shall be thirty (30) years.

**ARTICLE IV
Purposes and Powers**

Purposes. The purpose for which the company is organized is the transaction of all lawful business for which a company may be organized pursuant to the Colorado Corporation Code.

**ARTICLE V
Regulation of Internal Affairs**

Management. The management of this company is vested in its managers

**ARTICLE VI
Initial Registered Office and Agent**

The address of the initial registered office of the corporation and the name of the initial registered agent at such address is:

Gary N. Herbert
2150 West 29th Avenue, Suite 130, Denver, CO 80211

0558072
0558072

DIV SECURITIES          Fax:305-861-2126

### ARTICLE VII
### Managers

Initial Manager. The initial manager of the company shall consist of one member pursuant to C.R.S. Section 7-80-401, being natural persons of the age of eighteen years or older. The names and addresses of the person who is to serve as manager is as follows:

| Manager | Addresse |
|---|---|
| Scott Schmidt | 806 Beth Avenue<br>Ft. Lupton, CO 80621 |

### ARTICLE VIII
### Organizer

The name and address of the organizer is:

| | |
|---|---|
| Gary N. Herbert | 2150 West 29th Avenue, Suite 130<br>Denver, CO 80211 |

Dated at Denver, Colorado this 17 day of April 2003

*Gary N. Herbert*

### NAMES FOR FILING

The name or names, and mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused: Gary N. Herbert, Attorney-at Law, 2150 West 29th Avenue, Suite 130, Denver, CO 80211

### CONSENT TO APPOINTMENT

The undersigned hereby consents to his appointment to act as registered agent for ROCKY MOUNTAIN SPORTS PROMOTIONS, LLC

*Gary N. Herbert*

0558073
0558073

DIV SECURITIES                    FAX:303-801-             

DLLC 20031125371

**AMENDMENT TO ARTICLES OF ORGANIZATION**
Form 405 Revised July 1, 2002
Filing fee: $25.00
Deliver to: Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed
Copies of filed documents may be obtained at www.sos.state.co.us

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE
20031133684  C
$ 75.00
SECRETARY OF STATE
04-25-2003   15:28:50

ABOVE SPACE FOR OFFICE USE ONLY

Pursuant to § 7-80-209, Colorado Revised Statutes (C.R.S.), the individual named below causes this Amendment to the Articles of Organization to be delivered to the Colorado Secretary of State for filing, and states as follows:

The name of the limited liability company is: __Rocky Mountain Sports Promotions, LLC__

*The Articles of Organization shall be amended as set forth herein (mark all that apply):*

❑ There is a change in the name of the limited liability company to: _____

*The entity name of a limited liability company must contain the term "limited liability company", "ltd. liability company", "limited liability co.", or "ltd. liability co." or the abbreviation "LLC" or "L.L.C." §7-90-601(3)(a), C.R.S.*

☒ There is a false or erroneous statement in the articles of organization: __Article VII Managers. The name Scott Schmidt was inserted erroneously. "The Initial Manager" should read Mike Huffman rather than Scott Schmidt. The correct address is 4637 South Yates St., Denver, CO 80236__

The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are:
__Gary N. Herbert        2150 West 29th Ave. Suite 130,  Denver, CO 80211__

*OPTIONAL.* The electronic mail and/or Internet address for this entity is/are:
e-mail _____ Web site _____
The Colorado Secretary of State may contact the following authorized person regarding this document: name _____ address _____

voice _____ fax _____ e-mail _____

(MW)

0558074
0558074