Attachment

7

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

### ARTICLES OF ORGANIZATION
### OF
### ROCKY MOUNTAIN DEVELOPMENT GROUP, LLC

I, the undersigned natural person being eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

20031122886  C
$ 50.00
SECRETARY OF STATE
04-17-2003 14:04:13

#### ARTICLE I
#### Name of Company

The name of the company is ROCKY MOUNTAIN DEVELOPMENT GROUP, LLC

#### ARTICLE II
#### Principal Address

The principal place of business for the company is 2150 West 29th Avenue, Suite 130, Denver, CO 80211.

#### ARTICLE III
#### Period of Duration

The period of duration of the corporation shall be thirty (30) years.

#### ARTICLE IV
#### Purposes and Powers

Purposes. The purpose for which the company is organized is the transaction of all lawful business for which a company may be organized pursuant to the Colorado Corporation Code.

#### ARTICLE V
#### Regulation of Internal Affairs

Management. The management of this company is vested in its managers

#### ARTICLE VI
#### Initial Registered Office and Agent

The address of the initial registered office of the corporation and the name of the initial registered agent at such address is:

Gary N. Herbert
2150 West 29th Avenue, Suite 130, Denver, CO 80211

COMPUTER UPDATE COMPLETE
RS

0424530
0424530

### ARTICLE VII
### Managers

Initial Managers. The initial managers of the company shall consist of two members pursuant to C.R.S. Section 7-80-401, being natural persons of the age of eighteen years or older. The names and addresses of the persons who are to serve as managers are as follows:

| Managers | Addresses |
|---|---|
| John B. Kusic | 2150 West 29th Avenue, Suite 130 Denver, CO 80211 |
| Gary N. Herbert | 2150 West 29th Avenue, Suite 130 Denver, CO 80211 |

### ARTICLE VIII
### Organizer

The name and address of the organizer is:

Gary N. Herbert        2150 West 29th Avenue, Suite 130
                       Denver, CO 80211

Dated at Denver, Colorado this 16day of April, 2003

Gary N. Herbert

### NAMES FOR FILING

The name or names, and mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused: Gary N. Herbert, Attorney-at Law, 2150 West 29th Avenue, Suite 130, Denver, CO 80211

### CONSENT TO APPOINTMENT

The undersigned hereby consents to his appointment to act as registered agent for ROCKY MOUNTAIN DEVELOPMENT GROUP, LLC

Gary N. Herbert

0424531
0424531



STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true copy of
document No. 20031123886
consisting of 2 pages filed by the
with the Secretary of State in the records
of the Secretary of State.

_William A. Hobbs_
Deputy Secretary of State

By _Scharles_    8/16/05
                  Date

0424532
0424532