Attachment

8

JUL-22-2005 10:20   INTERNAL REVENUE SERVICE

FILED: 00
CID: 2003-00
WY Secretary

247c

# ARTICLES OF ORGANIZATION
## FOR A DOMESTIC LIMITED LIABILITY COMPANY

Wyoming Secretary of State  
Corporations Division  
The State Capitol Building  
Cheyenne, WY 82002-0020

Phone (307) 777-7311/7312  
Fax  (307) 777-5339  
E-mail: corporations@state.wy.us

1. The name of the limited liability company is: __HIGH TRACK TEAM, LLC__

2. The period of its duration is: __20 yrs.__

3. The purpose for which the limited liability company is organized is: __SPONSORSHIP MANAGEMENT__

4. The name and address of its registered agent is: __DEANNA ROBERTSON 434 6th Ave North, GREY BULL WYO 82426__

   (The registered agent may be an individual resident in this state or a domestic or foreign corporation authorized to transact business in this state, having a business office identical with such registered office. Do not use a Post Office Box or Mail Drop Box)

5. The total amount of cash and a description and agreed value of property other than cash contributed is: __$100.00__

6. The total additional contributions, if any, agreed to be made by all members and the times at which or events upon the happening of which they shall be made are: __AS SET FORTH IN THE OPERATING AGREEMENT__

7. The right, if given, of the members to admit additional members, and the terms and conditions of the admission are: __AS SET FORTH IN THE OPERATING AGREEMENT__

2003 JUN 23 PM 3 44

0558075  
0558075

8. The right, if given, of the remaining members of the limited liability company to continue the business on the death, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company: _IN THE EVENT OF THE DEATH OF JANNICE SCHMIDT THE MANAGEMENT OF THE COMPANY WILL, MAY BE ASSUMED BY DAVID SCOTT SCHMIDT._

9. **Complete either item #1 or item #2**

   1) The limited liability company is to be managed by a manager or managers. The names and addresses of the managers who are to serve as managers until the first annual meeting of the members or until their successors are elected and qualify are: _____

   2) The management of the limited liability company is reserved to the members. The names and addresses of the members are:
   _JANNICE SCHMIDT_
   _5850 E. 58th Ave Unit F_
   _COMMERCE CITY, CO. 80022_

   Date: _6-23-03_       Signed: _D. Schmidt_

   10. The company adopts flexible Limited Liability Company status according to statute W.S. 17-15-107(a)(x).

Filing Fee: $100.00

Instructions:

1. The name must include the words "Limited Liability Company," or its abbreviations "LLC" or "L.L.C.," "Limited Company," or its abbreviations "LC" or "L.C.," "Ltd. Liability Company," "Ltd. Liability Co." or "Limited Liability Co.".

2. Articles must be accompanied by a written consent to appointment executed by the registered agent.

3. Make check payable to Secretary of State.

Revised: 1/2003

0558076
0558076

## CONSENT TO APPOINTMENT
## BY REGISTERED AGENT

Wyoming Secretary of State  
Corporations Division  
The State Capitol Building  
Cheyenne, WY 82002-0020

Phone (307) 777-7311/7312  
Fax (307) 777-5339  
E-mail: corporations@state.wy.us

I, __DeAnna Robertson__, voluntarily consent to serve as the registered agent for __HIGH TRACK TEAM, LLC__ on the date shown below.

The registered agent certifies that he is: (circle one)

(a) An individual who resides in this state and whose business office is identical with the registered office;

(b) A domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office; or

(c) A foreign corporation or not-for-profit foreign corporation authorized to transact business in this state whose business office is identical with the registered office.

Dated this __20th__ day of __June__, __2003__.

_DeAnna D Robertson_  
Signature of Registered Agent

Revised: 1/2003

0558077  
0558077