Attachment

9

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE
20031133683  C
$ 100.00
SECRETARY OF STATE
04-25-2003  15:28:50

# ARTICLES OF ORGANIZATION
# OF
# FINISH LINE RACING PRODUCTS, LLC

I, the undersigned natural person being eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

## ARTICLE I
## Name of Company

The name of the company is FINISH LINE RACING PRODUCTS, LLC.

## ARTICLE II
## Principal Address

The principle place of business for the company is 2150 West 29th Avenue, Suite 130, Denver, CO 80211.

## ARTICLE III
## Period of Duration

The period of duration of the corporation shall be thirty (30) years.

## ARTICLE IV
## Purposes and Powers

Purposes. The purpose for which the company is organized is the transaction of all lawful business for which a company may be organized pursuant to the Colorado Corporation Code.

## ARTICLE V
## Regulation of Internal Affairs

Management. The management of this company is vested in its mangers.

## ARTICLE VI
## Initial Registered Office and Agent

The address of the initial registered office of the corporation and the name of the initial registered agent at such address is :

Gary N. Herbert
2150 West 29th Avenue, Suite 130,   Denver, CO   80211

(MW)

0424522
0424522

## ARTICLE VII
### Managers

Initial Manager. The initial manager of the company shall consist of one member pursuant to C.R.S. Section 7-80-401, being natural persons of the age of eighteen years or older. The names and addresses of the person who is to serve as manager is as follows:

| Manager | Address |
|---|---|
| Mike Huffman | 4637 South Yates Street<br>Denver, CO 80236 |

## ARTICLE VIII
### Organizer

The name and address of the organizer is:

Gary N. Herbert    2150 West 29th Avenue, Suite 130
                   Denver, CO 80211

Dated at Denver, Colorado this    day of April 2003.

*Gary N. Herbert*

### NAMES FOR FILING

The name or names, and mailing address of addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused: Gary N. Herbert, Attorney-at-Law, 2150 West 29th Avenue, Suite 130, Denver, CO 80211

### CONSENT TO APPOINTMENT

The undersigned hereby consents to his appoint to act as registered agent for FINISH LINE RACING PRODUCTS, LLC.

*Gary N. Herbert*

0424523
0424523



```
STATE OF COLORADO
DEPARTMENT OF STATE

         certify that this is a true copy of
           No. 20231133685
              of   2      pages filed by the
              Secretary of State in the records
           Secretary of State.

        William A. Hobbs
      Deputy Secretary of State

        S Schantz        8/16/05
    By                      Date
```

0424524
0424524