Attachment

10

DLLC 20011219610
**CERTIFICATE OF TRADENAME**
Form 135 Revised October 1, 2002
Filing fee: $10.00
Deliver to: Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed.
Copies of filed documents may be obtained at www.sos.state.co.us

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20031039722   C
$   60.00
SECRETARY OF STATE
02-05-2003   10:50:27

ABOVE SPACE FOR OFFICE USE ONLY

Pursuant to § 7-71-101(2) and part 3 of article 90 of title 7, Colorado Revised Statutes (C.R.S.), this certificate regarding a tradename is delivered to the Colorado Secretary of State for filing.

1. The entity name is: _____ Fast Track   LLC, _____
   *(as shown on the records of the Secretary of State)*
   organized under the laws of _____ Colorado _____ *(state or country)*

2. The location of its principal office is: 250 E. 54th Ave Suite C  DENVER CO 80216
   *(must be a complete address, including zip)*

3. The name (other than its own entity's name) under which the business is transacted is: _____
   Smitty's dba Jan Schmidt

4. A brief description of the kind of business transacted under the trade name is: _____
   sales

5. The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are: _____
   ~~Janniee McLain~~
   ~~PO Box 1166~~
   ~~Littleton, CO   80160~~

*Causing a document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed or the act and deed of the entity on whose behalf the individual is causing the document to be delivered for filing and that the facts stated in the document are true.*

(MW)

0414723



**STATE OF COLORADO
DEPARTMENT OF STATE**

I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in

File 20031639722

DATED 1/16/04

Donetta Davidson

Secretary of State

By Sharon Schanks

0414724



**STATE OF COLORADO**
**DEPARTMENT OF STATE**

I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in

File 20031039722

DATED 1/16/04

Donetta Davidson
Secretary of State
By Sharon Schantz

0414725