Attachment

11

```
                                                    FILED
                                                DONETTA DAVIDSON
                                             COLORADO SECRETARY OF STATE
CERTIFICATE OF TRADENAME                     20031044000   C
Form 135 Revised October 1, 2002             $   60.00
Filing fee: $10.00                           SECRETARY OF STATE
Deliver to: Colorado Secretary of State      02-10-2003  14:26:46
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
```

This document must be typed or machine printed.
Copies of filed documents may be obtained at www.sos.state.co.us          ABOVE SPACE FOR OFFICE USE ONLY

Dale  200 112 19610

Pursuant to § 7-71-101(2) and part 3 of article 90 of title 7, Colorado Revised Statutes (C.R.S.), this certificate regarding a tradename is delivered to the Colorado Secretary of State for filing.

1. The entity name is: __Fast Track L.L.C.__
   *(as shown on the records of the Secretary of State)*
   organized under the laws of __Colorado__ *(state or country)*

2. The location of its principal office is: __250 E. 54th Ave Suite C   Denver CO   80216__
   *(must be a complete address, including zip)*

3. The name (other than its own entity's name) under which the business is transacted is: __Jan Schmidt dba Capital Holdings Inc__

4. A brief description of the kind of business transacted under the trade name is: __General sales__

5. The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are:
   ~~Jannice McLain~~
   ~~P.O. Box 1166~~
   ~~Littleton, CO  80160~~

*Causing a document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed or the act and deed of the entity on whose behalf the individual is causing the document to be delivered for filing and that the facts stated in the document are true.*

(MJ)

0414720



**STATE OF COLORADO**
**DEPARTMENT OF STATE**

I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in

File 20030144000

DATED 1/16/04

Donetta Davidson
**Secretary of State**

By Sharon Scharles

0414721

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

**CERTIFICATE OF TRADENAME**
Form 135 Revised October 1, 2002
Filing fee: $10.00
Deliver to: Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed.
Copies of filed documents may be obtained at www.sos.state.co.us

20031044001   C
$   60.00
SECRETARY OF STATE
02-10-2003   14:26:46

ABOVE SPACE FOR OFFICE USE ONLY

2~ /1219610

Pursuant to § 7-71-101(2) and part 3 of article 90 of title 7, Colorado Revised Statutes (C.R.S.), this certificate regarding a tradename is delivered to the Colorado Secretary of State for filing.

1. The entity name is: __Fast Track L.L.C.__
   (as shown on the records of the Secretary of State)
   organized under the laws of ___Colorado___ (state or country)

2. The location of its principal office is: __250 E. 54th Ave XX  Suite C  Denver, CO 80216__
   (must be a complete address, including zip)

3. The name (other than its own entity's name) under which the business is transacted is:
   __Jan Schmidt dba Capital Holdings Int__

4. A brief description of the kind of business transacted under the trade name is:
   __general sales__

5. The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are:
   __Jannive McLain__
   __P.O. Box 1166__
   __Littleton, CO  80160__

*Causing a document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed or the act and deed of the entity on whose behalf the individual is causing the document to be delivered for filing and that the facts stated in the document are true.*

(MJ)

0414717



**STATE OF COLORADO**
**DEPARTMENT OF STATE**

I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in
File 20031044001

DATED 1/16/04

Donetta Davidson
Secretary of State
By Sharon Schoutso

0414718