Attachment

12

DLL 20011 21960

**CERTIFICATE OF TRADENAME**
Form 135 Revised October 1, 2002
Filing fee: $10.00
Deliver to: Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
This document must be typed or machine printed.
Copies of filed documents may be obtained at www.sos.state.co.us

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

20031041505  C
$  60.00
SECRETARY OF STATE
02-06-2003  14:13:41

ABOVE SPACE FOR OFFICE USE ONLY

Pursuant to § 7-71-101(2) and part 3 of article 90 of title 7, Colorado Revised Statutes (C.R.S.), this certificate regarding a tradename is delivered to the Colorado Secretary of State for filing.

1. The entity name is: ~~Fast Track L.L.C.~~
   *(as shown on the records of the Secretary of State)*
   organized under the laws of _____Colorado_____ *(state or country)*

2. The location of its principal office is: ~~250 E. 54th Ave Suite c Denver, CO 80~~216
   *(must be a complete address, including zip)*

3. The name (other than its own entity's name) under which the business is transacted is:_____
   Jan Schmidt dba Smitty's Investments

4. A brief description of the kind of business transacted under the trade name is:_____
   sales and general

5. The (a) name or names, and (b) mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are: _____
   Jannice McLain
   P.O. Box 1166
   ~~Littleton, CO 80160~~

*Causing a document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed or the act and deed of the entity on whose behalf the individual is causing the document to be delivered for filing and that the facts stated in the document are true.*



0414714



| STATE OF COLORADO |
| --- |
| DEPARTMENT OF STATE |
| I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in File 20031041505 |
| DATED 1/16/04 |
| Donetta Davidson |
| Secretary of State |
| By Sharon Schoules |

0414715