Attachment

13

## ARTICLES OF ORGANIZATION
## OF
## SMITTY'S  MOTORSPORTS, LLC



I, the undersigned natural person being eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

### ARTICLE I
### NAME OF COMPANY

The name of the company is SMITTY'S MOTORSPORTS, LLC.

```
20021237697  C
$   100.00
SECRETARY OF STATE
08-28-2002  13:18:45
```

### ARTICLE II
### PRINCIPLE ADDRESS

The principle address of business for the company is 5850 E. 58th Ave. Units E & F. Commerce City, CO 80022.

### ARTICLE III
### PERIOD OF DURATION

The period of duration of the corporation shall be thirty (30) years.

### ARTICLE IV
### PURPOSES AND POWERS

PURPOSES.  The purpose for which the company is organized is the transaction of all lawful business for which a company may be organized pursuant to the Colorado Corporation Code.

### ARTICLE V
### REGULATION OF INTERNAL AFFAIRS

MANAGEMENT.  The management of this company is vested in its managers.

### ARTICLE VI
### INITIAL REGISTERED OFFICE AND AGENT

The address of the initial registered office of the corporation and the name of the initial registered agent at such address is:

Scott Schmidt                    5850 E. 58th Ave Unit F
                                 Commerce City, CO 80022

0413288

## ARTICLE VII
## MANAGERS

INITIAL MANAGERS. The initial managers of the company shall consist of one member pursuant to C. R. S. Section 7-80-401, being natural persons of the age of eighteen years or older. The names and addresses of the persons who are to serve as managers are as follows:

MANAGERS:                          ADDRESSES:

Scott Schmidt                      5850 E. 58th Ave. Unit F
                                   Commerce City, CO 80022

## ARTICLE VIII
## ORGANIZER

The name and address of the organizer is:

Scott Schmidt                      5850 E 58th Ave Unit F
                                   Commerce City, CO 80022

DATED at Commerce City, Colorado this 28th day of August, 2002.

ORGANIZER:

_Scott Schmidt_
Scott Schmidt

## CONSENT OF APPOINTMENT

THE UNDERSIGNED HEREBY CONSENTS TO HIS APPOINTMENT TO ACT AS REGISTERED AGENT FOR SMITTY'S MOTORSPORTS L.L.C.

Dated: August 28, 2002

_Scott Schmidt_
Scott Schmidt

The name or names and mailing address or addresses, of any one or more of the individuals who cause this document to be delivered for filing, and to whom the Secretary of State may deliver notice if filing of this document is refused, are:     Scott Schmidt     5850 E. 58th Ave. Unit F, Commerce City, CO 80022

## ARTICLES OF ORGANIZATION
## OF
## SMITTY'S MOTORSPORTS, LLC



I, the undersigned natural person being eighteen years or more, acting as organizer of a limited liability company under the Colorado Limited Liability Company Act, adopt the following Articles of Organization for such limited liability company.

### ARTICLE I
### NAME OF COMPANY

The name of the company is SMITTY'S MOTORSPORTS, LLC.

```
20021237697  C
$   100.00
SECRETARY OF STATE
08-28-2002  13:18:45
```

### ARTICLE II
### PRINCIPLE ADDRESS

The principle address of business for the company is 5850 E. 58th Ave. Units E & F. Commerce City, CO 80022.

### ARTICLE III
### PERIOD OF DURATION

The period of duration of the corporation shall be thirty (30) years.

### ARTICLE IV
### PURPOSES AND POWERS

PURPOSES. The purpose for which the company is organized is the transaction of all lawful business for which a company may be organized pursuant to the Colorado Corporation Code.

### ARTICLE V
### REGULATION OF INTERNAL AFFAIRS

MANAGEMENT. The management of this company is vested in its managers.

### ARTICLE VI
### INITIAL REGISTERED OFFICE AND AGENT

The address of the initial registered office of the corporation and the name of the initial registered agent at such address is:

Scott Schmidt            5850 E. 58th Ave Unit F
                         Commerce City, CO 80022

ARTICLE VII
MANAGERS

INITIAL MANAGERS.  The initial managers of the company shall consist of one member pursuant to C. R. S. Section 7-80-401, being natural persons of the age of eighteen years or older. The names and addresses of the persons who are to serve as managers are as follows:

MANAGERS:                          ADDRESSES:

Scott Schmidt                      5850 E. 58th Ave. Unit F
                                   Commerce City, CO  80022

ARTICLE VIII
ORGANIZER

The name and address of the organizer is:

Scott Schmidt                      5850 E 58th Ave Unit F
                                   Commerce City, CO  80022

DATED at Commerce City, Colorado this 28th day of August, 2002.

ORGANIZER:

_Scott Schmidt_
Scott Schmidt

CONSENT OF APPOINTMENT

THE UNDERSIGNED HEREBY CONSENTS TO HIS APPOINTMENT TO ACT AS  REGISTERED AGENT FOR SMITTY'S MOTORSPORTS L.L.C.

Dated: August 28, 2002

_Scott Schmidt_
Scott Schmidt

```
The name or names and mailing address or addresses, of any one or more of the
individuals who cause this document to be delivered for filing, and to
whom the Secretary of State may deliver notice if filing of this document
is refused, are:    Scott Schmidt    5850 E. 58th Ave. Unit F,
Commerce City, CO  80022
```

0410500



STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true and
complete copy of the document filed in
this office and admitted to record in
File

DATED

Donetta Davidson

Secretary of State ,

By

0410501