# Attachment

# 14



| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br><br>Address: 506 East Main Street<br>Aspen, CO 81611 | |
| UNIVERSAL SYNERGY, INC., DISCOVERY BAY CAPITAL CORP., RAMA UNIVERSAL HOLDINGS, LTD., ROSS PEAT, SUBASH SHUMAR, and ADAM BETHUNE,<br><br>Plaintiffs,<br><br>v.<br><br>LEON FRANCIS HARTE, NORMAN EUGENE SCHMIDT, DEBBIE A. HARTE, RESERVE FOUNDATION, LLC, THE RESERVE FOUNDATION, THE RESERVE FOUNDATION TRUST, TRANQUIL OPTIONS, LLC, PEACEFUL OPTIONS, LLC, SERENITY OPTION, LLC, HARTE ENTERTAINMENT GROUP,<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiffs,<br><br>Mara M. Kleinschmidt, #13625<br>Jonathan Shamis, #28487<br>Jeff M. Stephens, #23044<br>KLEINSCHMIDT, STEPHENS & SHAMIS, LLC<br>0885 East Chambers Avenue, Suite 8<br>P.O. Box 1050<br>Eagle, Colorado 81631<br>Telephone: (970) 328-2800<br>Telefax: (970) 328-2804 | Case No. 01 CV 108<br><br>Division |
| NOTICE OF LIS PENDENS | |

NOTICE is hereby given pursuant to C.R.S. 38-35-110, that a civil action has been commenced and is pending in the Court named above wherein the Plaintiffs have asserted claims to the assets, including but not limited to the real property described herein owned by Defendants, or each of them, or said Defendants, or each of them claiming an interest

318 B-Dn-60160-CS-3 REK

0413036