Attachment

16

# FEDERAL RECOVERY GROUP, INC

Corporate Headquarters
38 Fordham Street
Valley Stream, New York 11581
516-792-2842
516-529-3996-Pager
E-mail mjbinc38@aol.com

November 12, 2002

The Weed Insurance Agency
Mr. Alan Weed, President              PRIVILEGED / HIGHLY CONFIDENTIAL
504 Public Square
Benton, Illinois 82812-0727

Re: Fraudulent Insurance Policy/Restitution of Funds
Re: Gold Coast Enterprises, Inc.

Dear Mr. Weed,

Martin Law and Associates, LLP and my firm Federal Recovery Group, Inc. has been involved for some time trying to resolve the above claim against The Weed Agency, Alan Weed, Leon Harte, Debbie Harte, Norm Schmidt and The Reserve Foundation Trust. Enclosed is a copy of the cover of our complaint naming you and your company as defendants? You will be held accountable for your participation and involvement for your actions.

The Weed Insurance Agency and you have many serious allegations that you will be questioned about in court. Recently we have made contact with the:
Office of the Secretary of State
Securities Department
520 South Second Street
Suite 200 Lincoln Tower
Springfield, Illinois 62701

In addition, other law enforcement authorities are currently looking into the above matter such as the Securities Exchange Commission and the FBI. Earlier this morning I spoke to Mr. Norm Schmidt. Mr. Schmidt has been doing everything possible to resolve this amicably, without a civil and criminal lawsuit from being filed. Mr. Schmidt has already shown his good faith. At this time, it would be in your BEST INTEREST to do whatever it takes to "insure" our firm that you will extend yourself and help Mr. Schmidt immediately. FAILURE to cooperate and to make full restitution now will leave us no other alternative but to file the summons and complaint against you and your firm. It is ONLY because of Mr. Schmidt that this claim has not been filed in civil court. Let's put the cards on the table and cut through all the bullshit, you know as well as we do, what you did in reference to the above claim.

If we DO NOT hear from you by the end of this week, we will take it that you will not help Mr. Schmidt resolve this matter and we will file the action ONLY against you at this time.

Sincerely,

Mark Bienstock, CEO
Federal Recovery Group, Inc.

CC/ Martin Law and Associates, LLP

0270951