# Attachment

# 17

**REED INSURANCE AGENCY**          reed@midwest.net
504 PUBLIC SQUARE
PO BOX 458                         PHONE: 618-439-2911
BENTON IL 62812                    FAX: 618-435-4328

FAX MEMO --- DATE 9-18-01  TOTAL PAGES ____

TO: NORM

FROM: ALAN

SUBJECT: Hecco!

0272467

## Law Offices
## MARTIN LAW & ASSOCIATES LLP
### ATTORNEYS AT LAW

HIRAM M. MARTIN, ESQ., J.D., GENERAL PARTNER*
*Licensed in California & Washington, D.C.

MAILING ADDRESS:
8139 Sunset Avenue # 141
Fair Oaks, CA 95628-5131
Tel: (916) 985-6742  Fax: (916) 985-6744

EAST COAST OFFICE:
4080 Timber Ridge Drive
Virginia Beach, Virginia 23455



LOS ANGELES OFFICE:
Bruce's Professional Bldg.
10451 South Figueroa Street
Los Angeles, California 90003

OFFSHORE LIASON AFFILIATE:
Safe Corporate Center
Beaumont House
Bay Street, Second Floor
Nassau, Bahamas

VIA FAX#618-435-5676

September 18, 2001

Weed Agency
504 Public Square
Benton, Illinois 62812-0727

Attention: Alan Weed, Authorized Agent

R: The St. Paul Policies
 *Private Depsitory Bond no. 400KA3481
 *Commercial Crime Policy No. 406 CF 0362

Dear Mr. Weed:

Thank you for our telephone conversation just a few minutes ago on this date. I am now forwarding you copies of letters previously sent for your review. I suggest you contact Norm Schmidt again today and re-confirm that this matter will be concluded shortly. I have prepared a 40 million dollar lawsuit to be filed in Denver, Colorado, if my client's funds are not returned. I showed Norm Schmidt a copy of that lawsuit some time ago only to show him that this matter should be seriously considered. The entire transaction appears to be fraudulent and unfortunately you have been dragged into the middle of the matter by the use of your letters by Norm Schmidt and Leon Harte.

Sincerely,

HIRAM M. MARTIN

HMM:mas

cc: Federal Recovery Group, Inc. Via Fax#516-792-2842
 Norm Schmidt Via Fax#303-291-0402