# Attachment

# 18

**LAW OFFICES**
**MARTIN LAW & ASSOCIATES LLP**
ATTORNEYS AT LAW

HIRAM M. MARTIN, ESQ., J.D., GENERAL PARTNER*
*Licensed in California & Washington, D.C.

**MAILING ADDRESS:**
8159 Sunset Avenue # 141
Fair Oaks, CA 95628-5151
Tel: (916) 985-6742  Fax: (916) 985-6744

**EAST COAST OFFICE:**
4080 Timber Ridge Drive
Virginia Beach, Virginia 23455

LOS ANGELES OFFICE:
Bruce's Professional Bldg.
10451 South Figueroa Street
Los Angeles, California 90003

OFFSHORE LIAISON AFFILIATE:
Safe Corporate Center
Beaumont House
Bay Street, Second Floor
Nassau, Bahamas

December 22, 2000

The Reserve Foundation Trust (TRFT)
550 East 12th Avenue
Suite #1805
Denver, Colorado 80203

Attention: Norman Schmidt, Trustee

    Re: High Yield Debenture Program - Gold Coast Enterprises, Inc.

Dear Mr. Schmidt, Trustee:

    I have been retained by Federal Recovery Group, Inc. for the benefit of our clients, Gold Coast Enterprises, Inc. and Mary Ann Gough. I have been retained to recover the funds in the amount of $2,050,918, which are delinquent and owing, by means of a lawsuit in a federal district court in Denver, Colorado, as well as a cooperative effort with the US Attorney's Office, US Treasury Department (Comptroller of the Currency), the Securities Exchange Commission, Bureau of Public Debt (Chief Counsel's Office), and the Federal Bureau of Investigation.

    One of my most current legal efforts is very similar in nature to your situation. That effort is based in Tennessee in the case of Granite Holdings, et al. vs. David Johnson, Trustee for Hammersmith Trust LLC, Case no. 00-2098-TI V. In that case, two individuals have already been convicted on a guilty plea in a federal indictment and sentenced to 15 years in jail. The civil case remains outstanding and we are in the process of negotiating a settlement.

    I have reviewed all of the paperwork provided by my clients, as follows:

1. Cooperative Private Placement Agreement

2. SVB Investment Trust Theft Insurance Policy

**EXHIBIT "C"-1**

0272471

3. Bank Wire instructions

4. Various Items of correspondence(including several requests for refund which is enclosed for your careful review)

The similarities to these types of cases, including the Hammersmith Trust case(above), are obvious. I have no idea how long you have been in the investment business but you have unfortunately exposed yourself to very serious consequences in the legal system. I do not see any evidence of licensing or exemption from licensing on your behalf or your associates, including Leon Harte, Roy Christian, and Frank Campbell.

Notwithstanding the delinquency in the monies due to my clients, there are clear violations of federal securities laws; the Money Laundering Control Act(18 USC Sections 1956 and 1957), which cover financial related crimes; Mail and Wire Fraud(18 USC 1341), and the Federal RICO Act(Racketeering Influenced and Corrupt Organization Statute--18 USC 1962).

You may not be familiar with any of these federal statutes. If not, you should consult with an attorney specializing in this area of law. I am now advising you that a violation of any one of these statutes involves serious consequences, including 15-20 years of jail time for a first time offender, and substantial monetary fines.

Additionally, I am enclosing the several letter of request for refund written by Mary Ann Gough, which outline many instances of breach of contractual terms and conditions, notwithstanding the legality of this investment activity.

The purpose of this letter is to determine your interest in resolving this matter without governmental intervention, such as civil action or investigation, indictment and prosecution by the US Attorney's Criminal Fraud Division in Denver, Colorado. My client's primary concern is arranging an immediate repayment plan rather than seeking punitive measures through our federal court system.

However, if you refuse to cooperate and governmental intervention is our only choice, that choice will be quickly made, regardless of whether it will jeopardize the recovery of the funds in question. My clients would rather facilitate punishment of your wrongdoing than recovery their funds, if such a choice has to be made.

I understand that Leon Harte has made it very difficult to communicate. As I understand it, he is somewhere in Colorado, probably close by his expensive residence(Redstone Castle), but refusing registered mail of any kind. I am now in the process of retaining a local private investigator as well as possibly the assistance of a federal US Marshall or local county deputy sheriff to accommodate our efforts to recovery my clients' funds.

**EXHIBIT G-2**

Please contact me at once. I am interested in your suggestions as to how to amicably resolve this matter so that no one is inconvenienced or their lifestyles interrupted. Anticipating your prompt and professional response, I remain,

Sincerely,

HIRAM M. MARTIN

HMM:mas

cc:  Federal Recovery Group, Inc.  <u>VIA Fax#516-792-2842</u>

    Leon Harte, Trust Manager
    The Reserve Foundation Trust
    Redstone Castle
    58 Redstone Blvd.
    Redstone, Colorado 81623-9498

EXHIBIT C-3