Attachment

20

# STATE OF NEBRASKA

## Department of Banking & Finance

### CERTIFICATION

I, Jack Herstein, Assistant Director for the Nebraska Department of Banking and Finance, do hereby certify that the attached is a true and correct copy of the Smitty's Investments LLC Cease and Desist Order, dated March 12, 2002.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Department, this 15th day of January, 2004.

STATE OF NEBRASKA
DEPARTMENT OF BANKING
AND FINANCE

BY: _____
Jack Herstein
Assistant Director
Department of Banking
and Finance
Suite 311, The Atrium
1200 'N' Street
Lincoln, Nebraska 68508
(402)471-3445

0412248

# STATE OF NEBRASKA
## DEPARTMENT OF BANKING & FINANCE

In the Matter of )
Smitty's Investments LLC )     FINDINGS OF FACT
250 East 54th Avenue, Suite C )
Denver, Colorado )     CONCLUSIONS OF LAW
    )
Its Affiliates, Controlling )     AND ORDER TO
Persons, Officers, Directors, )
Agents, Employees and Successors, )     CEASE AND DESIST
    )
    RESPONDENTS. )

THIS MATTER comes before the Nebraska Department of Banking and Finance ("DEPARTMENT"), by and through its Director, pursuant to its authority under the Securities Act of Nebraska, Neb. Rev. Stat. §§ 8-1101 to 8-1124 (Reissue 1997, Cum. Supp. 2000, Supp. 2001) ("Act"). Pursuant to Neb. Rev. Stat. § 8-1115 (Reissue 1997), the DEPARTMENT has investigated the acts of Smitty's Investments LLC, and its affiliates, controlling persons, officers, directors, agents and employees. Based upon its investigation, the DEPARTMENT hereby finds as follows:

## FINDINGS OF FACT

1. Smitty's Investments LLC ("SI") offered and sold investment interests in a "high return asset management program" to Nebraska residents. To participate, investors executed a Cooperative Private Placement Agreement ("Agreements") with SI. The Agreements were ostensibly to provide working capital used to buy, sell, lease or trade, "on a loss free pre-sale agreed basis", medium term notes and other banking and governmental financial instruments to

1

0412249

the mutual benefit of participants and SI. The Agreements were to provide a 10% return, per month, to participants.

2.      At all times relevant to this Order, the Agreements were not registered for sale in Nebraska under the Act. SI has not filed a claim of exemption for the Agreements with the DEPARTMENT.

3.      At all times relevant to this Order, SI and its affiliates, controlling persons, officers, directors, agents and employees were not registered as broker-dealers or agents of a broker-dealer under the Act.

## CONCLUSIONS OF LAW

1.      The SI Agreements constitute a security, as defined by Neb. Rev. Stat. § 8-1101(15) (Supp. 2001), required to be registered or exempt from registration by Neb. Rev. Stat. § 8-1104 (Reissue 1997).

2.      Neb. Rev. Stat. § 8-1108.01(1) (Reissue 1997) provides that whenever it appears to the Director that the sale of any security is subject to registration under the Act and is being offered or has been offered for sale without such registration, the Director may order the issuer or offeror of such security to cease and desist from the further offer or sale of such security unless and until it has been registered under the Act.

3.      By offering the Agreements, SI, and its affiliates, controlling persons, officers, directors, agents and employees engaged in the business of effecting transactions in securities. Such activity constitutes acting as a broker-dealer, as defined in Neb. Rev. Stat. 8-1101(2) (Supp. 2001), or as an agent, as defined in Neb. Rev. Stat. § 8-1101(1) (Supp. 2001).

2

0412250

4.     Neb. Rev. Stat. § 8-1108.01(2) (Reissue 1997) provides that whenever it appears to the Director that any persons are acting as broker-dealers or agents without registration as such, the Director may order such persons to cease and desist from such activity unless and until they have been registered as such under the Act.

5.     The issuance of an Order to Cease and Desist is necessary in this matter and appropriate in the public interest and for the protection of investors, and is consistent with the purposes fairly intended by the policy and provisions of the Act.

### ORDER

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that Smitty's Investments LLC, 250 East 54th Avenue, Suite C, Denver, Colorado and its affiliates, controlling persons, officers, directors, agents, employees and successors, and any person or entity directly or indirectly controlled or organized by or on their behalf, are ordered to immediately cease and desist from the further offer or sale of securities until the securities have been registered with the DEPARTMENT, or unless an exemption from registration under existing law can be shown by proof satisfactory to the DEPARTMENT.

IT IS FURTHER ORDERED that Smitty's Investments LLC, and its affiliates, controlling persons, officers, directors, agents, employees and successors, and any person or entity directly or indirectly controlled or organized by or on their behalf, are ordered to immediately cease and desist from the further offer and sale of securities until they have been registered as broker-dealers or agents with the DEPARTMENT, or unless an exemption from registration under existing law can be shown by proof satisfactory to the DEPARTMENT.

3

0412251

RESPONDENTS may file a written request for a hearing with the
DEPARTMENT at any time prior to 5:00 p.m. CST on April 2, 2002. If such a
request is received, a hearing shall be held within thirty (30) business days after
receipt. The party or parties requesting the hearing shall bear the cost of such
hearing. If no hearing is requested, and none is ordered by the Director, this
Order shall become a final order on April 3, 2002, and remain in effect until
modified or vacated by the Director.

DATED this 12th day of March, 2002.



STATE OF NEBRASKA
DEPARTMENT OF BANKING & FINANCE

BY
Samuel P. Baird
Director of Banking and Finance

1200 N Street, Suite 311
P.O. Box 95006
Lincoln, Nebraska
(402) 471-2171

4

0412252