Attachment

21

12/24/02   12:38   ☎40247 ___ 32          NE DEPT BANKING ˙   ˙                    ☑009

Saturday, February 23, 2002

Thomas Sindelar
Enforcement Manager
Department of Banking & Finance
Suite 311, The Atrium
1200 "N" Street
P.O. Box 95006
Lincoln, Nebraska 68509-5006

RE:   Your correspondence dated February 13, 2002
      Compliance with Securities Act of Nebraska ("Act")

Dear Mr. Sindelar

I am in receipt of your letter dated February 13, 2002.

Smitty's Investments LLC is a 'privately held limited liability corporation'
incorporated under the laws and jurisdiction of the State of Colorado.

Smitty's Investments LLC does not "OFFER for SALE" 'contracts' of any sorts.
Further Smitty's Investments LLC, *DOES NOT SOLICIT* in the State of Nebraska
or any other State.

I trust this addresses your concerns.

Sincerely,

*[signature]*

RECEIVED
DEPT OF BANKING
AND FINANCE
FEB 27 2002
LINCOLN, NEBRASKA

0412490