# Attachment

# 22

12/24/02   12:40   ☏4024713062          NE DEPT BANKIN          ☒011

# STATE OF NEBRASKA



**CERTIFIED MAIL**

February 13, 2002

**DEPARTMENT OF BANKING AND FINANCE**
Samuel P. Baird
Director

Suite 311, The Atrium
1200 "N" Street
P.O. Box 95006
Lincoln, NE 68509-5006
http://www.ndbf.org

Mike Johanns
Governor

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
250 East 54th Ave. Suite C
Denver, Colorado 80216

RE: Compliance with Securities Act of Nebraska ("Act")

Dear Sir or Madam:

The Department of Banking and Finance is responsible for the regulation of the offer and sale of securities in Nebraska, pursuant to the Securities Act of Nebraska, Neb. Rev. Stat. §§ 8-1101 to 8-1124 (Reissue 1997, Cum. Supp. 2001). The Department has been contacted regarding the sale of investment contracts ("Contracts") being made to Nebraska residents by Smitty's Investments LLC ("SI"). The Contracts involve participation in a "Master Contract with the Reserve Foundation Trust". The Contracts are securities as defined by § 8-1101(15) of the Act. The offer or sale of the Contracts may be in violation of various provisions of the Act. A violation can result in criminal and civil liability.

To determine your status under the Securities Act of Nebraska, the following information should be provided to the Department by February 28, 2002:

1. A detailed description of SI, including its corporate history, its current operating and financial condition, and a list of all officers and directors. Also include a description of any other investments being offered by or through SI;

2. The names and addresses of all Nebraska residents who have purchased the Contracts. Also include a copy of each agreement executed with Nebraska residents for the purchase of the Contracts; and,

3. A copy of all literature and prospectuses used in the sale of the Contracts.

If no response is received by the above date, the Department will be required to pursue other remedies under the Act to secure compliance. No further sale of Contracts or other securities may occur in Nebraska until the final status of this matter has been established under the Act. Please note, this prohibition will not restrict or impact any contractual obligations SI has with existing investors. If you have any questions concerning this letter, please contact me.

Sincerely,

*[signature]*

Thomas Sindelar
Enforcement Manager

Financial Institutions Division
(402) 471-2171

An Equal Opportunity/Affirmative Action Employer
Printed with soy ink on recycled paper

Bureau of Securities
(402) 471-3445

0412492