Attachment

23



# STATE OF IOWA

**THOMAS J. VILSACK**
GOVERNOR

**SALLY J. PEDERSON**
LT. GOVERNOR

**THERESE M. VAUGHAN**
COMMISSIONER OF INSURANCE

## BEFORE THE SUPERINTENDENT OF SECURITIES
## OF THE STATE OF IOWA

I hereby certify that the attached document is a true and correct copy of the Cease and Desist Order issued March 9, 2000 in the matter of: THE RESERVE FOUNDATION TRUST AND JAMES OWEN BARR consisting of 5 pages on record with the office of the Iowa Superintendent of Securities.

Certified this 10th day of June 2003

**CRAIG A. GOETTSCH**
**SUPERINTENDENT OF SECURITIES**

BEFORE THE SUPERINTENDENT OF SECURITIES
OF THE STATE OF IOWA

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| THE RESERVE FOUNDATION TRUST | ) |
| JAMES OWEN BARR | ) |
| | )  CEASE AND DESIST |
| | )  ORDER |
| | ) |
| | ) |
| C00-11-182 | ) |

COMES NOW Craig A. Goettsch, the Superintendent of Securities of the State of Iowa and FINDS:

### DIVISION I – UNREGISTERED SECURITIES

1. The Reserve Foundation Trust is an entity with a last known address of 97 Granby Street, Kingston, St. Vincent and the Grenadines.

2. James Owen Barr[1] (CRD 1305570) ("Barr"), an individual, is a salesperson for The Reserve Foundation Trust, with a last known address of 2110 South Falls Drive, Pella, IA 50219, and/or P.O. Box 406, Pella, IA 50219 and/or P.O. Box 87, Pella, IA 50219.

3. As used in this Cease and Desist Order, the term Respondents means The Reserve Foundation Trust, and its principals, officers, directors, agents, salespersons, representatives, account executives, and affiliates, specifically including Barr.

4. Respondents, specifically including Barr, have offered or sold, have aided or abetted the offer or sale of, or have participated in the offer or sale of promissory notes, evidences of indebtedness, and/or investment contracts in this state.

5. These promissory notes, evidences of indebtedness, and/or investment contracts offered and sold by Respondents, specifically including Barr, are securities as defined in Iowa Code section 502.102(19).

6. These securities have not been registered with the Iowa Securities Bureau pursuant to Iowa Code section 502.206 or Iowa Code section 502.207, nor do any of the exemptions in Iowa Code sections 502.202 or 502.203, appear to apply.

0412255

7.     Therefore, Respondents, specifically including Barr, have violated Iowa Code section 502.201, by offering and/or selling unregistered and non-exempt securities in Iowa and should be ordered to cease and desist.

8.     This action is necessary and appropriate in the public interest and for the protection of investors and consistent with the purposes fairly intended by the provisions of Chapter 502, Code of Iowa - The Iowa Uniform Securities Act.

## DIVISION II- UNREGISTERED AGENT

1.     Paragraphs One through Five of Division I are restated.

2.     The Reserve Foundation Trust is an issuer as defined in Iowa Code section 502.102(19).

3.     Barr, a representative of The Reserve Foundation Trust, is an agent as defined in Iowa Code section 502.102(3).

4.     Barr, a representative of The Reserve Foundation Trust, is not registered and was not registered as an agent with the Iowa Securities Bureau during the time Barr offered and sold securities in this state on behalf of The Reserve Foundation Trust.[2]

5.     Under Iowa Code section 502.301(1), it is unlawful for any person to transact business in this state as an agent, unless the person is registered.

6.     Therefore, Barr has violated Iowa Code section 502.301(1) by transacting business as an unregistered agent in this state and should be ordered to cease and desist.

7.     This action is necessary and appropriate in the public interest and for the protection of investors and consistent with the purposes fairly intended by the provisions of Chapter 502, Code of Iowa - The Iowa Uniform Securities Act.

## DIVISION III-EMPLOYING AN UNREGISTERED AGENT

1.     Paragraphs One through Five of Division I are restated and Paragraphs Two through Four of Division II are restated.

2.     Under Iowa Code section 502.301(2), it is unlawful for any issuer to employ an agent in this state unless the agent is registered.

---

[1] Barr also does business under the name Deer Ridge Corp.

[2] Barr was last registered as a securities agent in Iowa from 11/23/98 to 12/18/98 with The O.N. Equity Sales Company (B/D 02936). Barr has not been registered as a securities agent in Iowa or any other state since that time.

2

0412256

3.   Therefore, The Reserve Foundation Trust has violated Iowa Code section 502.301(2) by employing Barr, an agent not registered with the Iowa Securities Bureau, to offer securities for sale in this state, and should be ordered to cease and desist.

4.   This action is necessary and appropriate in the public interest and for the protection of investors and consistent with the purposes fairly intended by the provisions of Chapter 502, Code of Iowa - The Iowa Uniform Securities Act.

### DIVISION IV-UNTRUE STATEMENT OF A MATERIAL FACT

1.   Paragraphs One through Five of Division I are restated.

2.   Under Iowa Code section 502.401(2), it is unlawful for any person, in connection with the offer or sale of any security in this state, to make any untrue statement of a material fact.

3.   Respondents, specifically including Barr, have made the following untrue statement of a material fact in connection with the offer or sale of securities in this state:

   A.   Investors' funds deposited with The Reserve Foundation Trust are insured by the St. Paul Fire and Marine Insurance Company.

4.   Therefore, Respondents, specifically including Barr, have violated Iowa Code section 502.401 by making an untrue statement of a material fact and should be ordered to cease and desist.

5.   This action is necessary and appropriate in the public interest and for the protection of investors and consistent with the purposes fairly intended by the provisions of Chapter 502, Code of Iowa - The Iowa Uniform Securities Act.

NOW, THEREFORE, IT IS HEREBY ORDERED pursuant to the powers granted to the Superintendent of Securities by Iowa Code section 502.604 as follows:

   A.   The Reserve Foundation Trust and principals, officers, directors, agents, salespersons, representatives, account executives, and affiliates, specifically including James Owen Barr, shall CEASE AND DESIST the offer or sale of, aiding and abetting the offer or sale of, and participating in the offer or sale of the security described above or any other securities in this state while those securities are unregistered and not exempt from registration, in violation of Iowa Code section 502.201.

   B.   All individuals representing The Reserve Foundation Trust, , specifically including James Owen Barr, shall CEASE AND DESIST transacting business as agents in this state without registration, in

0412257

violation of Iowa Code section 502.301(1).

C. The Reserve Foundation Trust shall CEASE AND DESIST employing unregistered agents to offer or sell securities in this state in violation of Iowa Code section 502.301(2).

D. The Reserve Foundation Trust and its officers, directors, agents, salespersons, representatives, account executives, and affiliates, specifically including James Owen Barr, shall CEASE AND DESIST making untrue statements of material facts in connection with the offer or sale of securities in this state, in violation of Iowa Code section 502.401(2).

NOTICE IS HEREBY GIVEN that The Reserve Foundation Trust, James Owen Barr, or any individual representing any Respondent, may request a hearing in this matter. This request must be in writing and must be filed within thirty (30) calendar days of the date of this Order with Erica Brown, Enforcement Attorney, 340 Maple Street, Des Moines, IA 50319-0066. A notice of the hearing shall be prepared and shall be given at least fifteen (15) days before the date of the hearing unless the parties agree to an earlier date. The hearing shall be held within forty-five (45) days after the date of the notice of the hearing unless extended by the presiding officer for good cause with at least fifteen days notice to the parties. The resulting hearing will be held in accordance with Iowa Code Chapter 17A.

If you require the assistance of auxiliary aids or services to participate in a hearing because of a disability, immediately call (515) 281-5705, or if you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

Dated this 9th day of March, 2000.

THERESE M. VAUGHAN
Commissioner of Insurance

CRAIG A. GOETTSCH
Superintendent of Securities

VIA CERTIFIED AND REGULAR MAIL TO:

James Owen Barr
P.O. Box 406
Pella, IA 50219

4

0412258

James Owen Barr
P.O. Box 87
Pella, IA 50219

James Owen Barr
2110 South Falls Drive
Pella, IA 50219

Dean Stowers
The Rosenberg Law Firm
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA 50309

VIA AIRMAIL/REGISTERED MAIL TO:

The Reserve Foundation Trust
97 Granby Street
Kingston
St. Vincent and the Grenadines

0412259

| Iowa Securities Bureau<br>340 Maple Street<br>Des Moines, Iowa 50319-0066 | ☒ Registered<br>☐ Certified | Date: 3/9/2000 | | | | |
|---|---|---|---|---|---|---|
| Article Number | Name of Addressee, Street, and Post Office Address | Postage | Fee | R. R. Fee | ($2.75)<br>Restricted Delivery Fee |
| 1 | R 656 946 573 | The Reserve Foundation Trust<br>97 Granby Street<br>Kingston<br>St. Vincent and the Grenadines | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| Total Number of Pieces<br>Listed by Sender<br>1 | Total Number of Pieces<br>Received at Post Office | Postmaster, Per (Name of Receiving Employee) | | | | |

0412260