Attachment

24



File Number _____

## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that*    the attached are true and exact copies of a Temporary Order of Prohibition dated March 9, 2000, and an Order of Prohibition dated April 11, 2000, in the matter of Reserve Foundation Trust, Cliford Pitt, Leon Harte, Norman Schmidt, Weed Agency and George Alan Weed, File No. 9900596 consisting of a total of ten (10) pages. [815 ILCS 5/15.C]



*In Testimony Whereof, I, hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* ____6th_____

*day of* ___March_____ *A.D.* ____2001__ .

Jesse White

**SECRETARY OF STATE**

C-260.1

0412158

 

STATE OF ILLINOIS
SECRETARY OF STATE
SECURITIES DEPARTMENT

IN THE MATTER OF: RERSERVE FOUNDATION TRUST )File No. C9900596
                  ITS OFFICERS, DIRECTORS, )
                  EMPLOYEES, AGENTS, AFFILIATES, )
                  SUCCESSORS AND ASSIGNS, )
                  CLIFFORD PITT, LEON HARTE, )
                  NORMAN SCHMIDT, WEED AGENCY )
                  AND GEORGE ALAN WEED )
                                              )

ORDER OF PROHIBITION

TO THE RESPONDENTS:    Reserve Foundation Trust
                       97 Granby Street
                       Kingstown, St. Vincent and The Grenadines

                       Clifford Pitt
                       97 Granby Street
                       Kingstown, St. Vincent and The Grenadines

                       Leon Harte
                       1322 33rd Ave.
                       Greeley, Colorado 80631

                       Norman Schmidt
                       1322 33rd Ave.
                       Greely, Colorado 80631

                       Weed Agency
                       504 Public Square
                       Benton, Illinois 62812-0727

                       George Alan Weed
                       Weed Agency
                       504 Public Square
                       Benton, Illinois 62812-0727

        WHEREAS, a Temporary Order of Prohibition was issued by the
Secretary of State on March 9, 2000, prohibiting Reserve
Foundation Trust, its officers, directors, employees, agents,
affiliates, successors and assigns, Clifford Pitt, Leon Harte,
Norman Schmidt, Weed Agency and George Alan Weed from offering or
selling securities in the State of Illinois until further order
of the Secretary of State.



Order of Prohibition
-2-

WHEREAS; pursuant to Section 11.F. of the Illinois Securities Law of 1953 [815 ILCS 5/1 et seq.] (the "Act"), the failure to request a hearing within thirty days of the entry of the Temporary Order of Prohibition shall constitute a sufficient basis to make the Temporary Order final.

WHEREAS, Reserve Foundation Trust, its officers, directors, employees, agents, affiliates, successors and assigns, Clifford Pitt, Leon Harte, Norman Schmidt, Weed Agency and George Alan Weed have failed to request a hearing on the matters contained in the said Temporary Order within thirty days of the entry of said Temporary Order and Respondents are hereby deemed to have admitted the facts alleged in the said Temporary Order.

WHEREAS, the Secretary of State, by and through his duly authorized representative, has adopted the Findings of Fact contained in the said Temporary Order as the Secretary of State's final Findings of Fact as follows:

1.    That Reserve Foundation Trust is a purported business entity, which maintains a last known business address of 97 Granby Street, Kingstown, St. Vincent and The Grenadines;

2.    That Clifford Pitt is the purported Trustee of Reserve Foundation Trust;

3.    That Leon Harte and Norman Schmidt are purported managers of Reserve Foundation Trust;

4.    That the Weed Agency is an insurance agency with a last known business address of 504 Public Square, Benton, Illinois 62812-0727;

5.    That George Alan Weed is the purported owner of the Weed Agency and is an insurance agent for Iowa Bankers Insurance and Service, Inc.;

6.    That on or about December 8, 1999, an Illinois resident entered into and executed a Cooperative Private Placement Agreement with Reserve Foundation Trust which provided for the Illinois resident to contribute and pay to Reserve Foundation Trust the sum of $100,000.00 and Reserve Foundation Trust would then invest and use said sum to buy, sell, lease or trade on a loss free pre-sale agreed basis in medium term notes and other banking and governmental financial instruments to the mutual benefits of the Illinois resident and Reserve



Order of Prohibition
-3-

Foundation Trust and Reserve Foundation Trust would pay to the Illinois resident a net monthly yield equal to 50% of their account balance;

7.      That on or about December 9, 1999, the Illinois resident received a fax from the Weed Agency and Alan Weed (George Alan Weed) representing that George Alan Weed was an authorized agent of The St. Paul Fire and Marine Insurance Company and that the Illinois resident's investment would be fully insured by The St. Paul Fire and Marine Insurance Company;

8.      That on or about December 10, 1999, the Illinois resident per instruction from Reserve Foundation Trust wired the sum of $100,000.00 to Bank of America NT & SA (New York) A.B.A. Number 026009593 for CIBC Caribbean LTD, Halifax Street, Kingstown, St. Vincent and The Grenadines FBO The Reserve Foundation Trust, Account Number 10148965;

9.      That on or about December 20, 1999 the Illinois resident received a letter from the Weed Agency and Alan Weed (George Alan Weed) containing a Trust Certificate purportedly insuring the Illinois resident's deposit in the Reserve Foundation Trust;

10.     That the representations made by the Weed Agency and Alan Weed (George Alan Weed) in said fax received by the Illinois resident on December 9, 1999 and in the letter received by the Illinois resident on or about December 20, 1999 were untrue and false;

11.     That the above-referenced Cooperative Private Placement Agreement is an investment contract or certificate of interest or participation in a profit sharing agreement and constitutes a security as that term is defined pursuant to Section 2.1 of the Illinois Securities Law of 1953 [815 ILCS 5/1 et seq.] (the "Act");

12.     That Section 5 of the Act provides, inter alia, that all securities except those exempt under Section 3 of the Act or those offered and sold in transactions exempt under Section 4 of the Act shall be registered with the Secretary of State prior to their offer or sale in the State of Illinois;

13.     That Section 12.A of the Act provides, inter alia, that it shall be a violation of the Act for any person to offer or sell securities except in accordance with the provisions of the Act;

 

Order of Prohibition
-4-

14.    That Section 12.D of the Act provides, inter alia, that
       it shall be a violation of the Act for any person to
       fail to file with the Secretary of State any document
       or application required to be filed under the provision
       of the Act;

15.    That at all times relevant hereto, Reserve Foundation
       Trust, by and through its officers, directors,
       employees, agents affiliates, successors and assigns,
       including Clifford Pitt, Leon Harte and Norman Schmidt,
       failed to file an application for registration of the
       above referenced securities with the Secretary of State
       prior to their offer or sale in the State of Illinois;

16.    That the Weed Agency and George Alan Weed participated
       in, aided and assisted Reserve Foundation Trust, its
       officers, directors, employees, agents, affiliates,
       successors and assigns, including Clifford Pitt, Leon
       Harte and Norman Schmidt, in the offering and sale of
       interests in Reserve Foundation Trust to Illinois
       residents;

17.    That Section 11.F.(2) of the Act provides, inter alia,
       that the Respondents' failure to request a hearing
       within 30 days after the date of the entry of the
       Temporary Order shall constitute an admission of any
       facts alleged therein and shall constitute sufficient
       basis to make the Temporary Order final;

     WHEREAS, the Secretary of State, by and though his duly
authorized representative, has adopted the Conclusions of Law
contained in the said Temporary Order as the Secretary of State's
final Conclusions of Law as follows:

1.     That by virtue of the foregoing, Reserve Foundation
       Trust, its officers, directors, employees, agents,
       affiliates, successors and assigns, Clifford Pitt, Leon
       Harte, Norman Schmidt, Weed Agency and George Alan Weed
       have violated Sections 12.A and 12.D of the Act;

2.     That by virtue of the foregoing, Reserve Foundation
       Trust, its officers, directors, employees, agents,
       affiliates, successors and assigns, Clifford Pitt, Leon
       Harte, Norman Schmidt, Weed Agency and George Alan Weed
       are subject, pursuant to Section 11.F of the Act, to an
       Order which permanently prohibits them from offering or
       selling securities in the State of Illinois.



## Order of Prohibition
-5-

NOW THEREFORE, IT IS HEREBY ORDERED THAT: pursuant to the authority granted by Section 11.F. of the Act, Reserve Foundation Trust, its officers, directors, employees, agents, affiliates, successors and assigns, Clifford Pitt, Leon Harte, Norman Schmidt, Weed Agency and George Alan Weed are hereby prohibited from offering or selling securities in or from the State of Illinois until further order of the Secretary of State.

ENTERED: This 11th day of April , 2000

Jesse White
Secretary of State
State of Illinois

NOTICE: Failure to comply with the terms of this Order shall be a violation of the Section 12.D of the Act. Any person or entity who fails to comply with the terms of this Order of the Secretary of State, having knowledge of the existence of the Order, shall be guilty of a Class 4 felony.

This is a final order subject to administrative review pursuant to the Administrative Review Law, [735 ILCS 5/3-101 et seq.] and the Rules and Regulations of the Illinois Securities Act, [14 Ill. Admin. Code Ch. I, Section 130.1123]. Any action for Judicial Review must be commenced within thirty-five (35) days from the date a copy of this Order is served upon the party seeking review.



### STATE OF ILLINOIS
### SECRETARY OF STATE
### SECURITIES DEPARTMENT

|  |  |
|---|---|
| IN THE MATTER OF: RERSERVE FOUNDATION TRUST<br>ITS OFFICERS, DIRECTORS,<br>EMPLOYEES, AGENTS, AFFILIATES,<br>SUCCESSORS AND ASSIGNS,<br>CLIFFORD PITT, LEON HARTE,<br>NORMAN SCHMIDT, WEED AGENCY<br>AND GEORGE ALAN WEED | )<br>)File No. C9900596<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### TEMPORARY ORDER OF PROHIBITION

TO THE RESPONDENTS:    Reserve Foundation Trust
97 Granby Street
Kingstown, St. Vincent and The Grenadines

Clifford Pitt
97 Granby Street
Kingstown, St. Vincent and The Grenadines

Leon Harte
1322 33rd Ave.
Greeley, Colorado 80631

Norman Schmidt
1322 33rd Ave.
Greely, Colorado 80631

Weed Agency
504 Public Square
Benton, Illinois 62812-0727

George Alan Weed
Weed Agency
504 Public Square
Benton, Illinois 62812-0727

On information and belief, I, Jesse White, Secretary of State, for the State of Illinois, through my designated representative, having been fully advised in the premises by the staff of the Securities Department, Office of the Secretary of State, herein find:

1.    That Reserve Foundation Trust is a purported business entity, which maintains a last known business address of 97 Granby Street, Kingstown, St. Vincent and The Grenadines;



Temporary Order of Prohibition
-2-

2.    That Clifford Pitt is the purported Trustee of Reserve
      Foundation Trust;

3.    That Leon Harte and Norman Schmidt are purported
      managers of Reserve Foundation Trust;

4.    That the Weed Agency is an insurance agency with a last
      known business address of 504 Public Square, Benton,
      Illinois 62812-0727;

5.    That George Alan Weed is the purported owner of the
      Weed Agency and is an insurance agent for Iowa Bankers
      Insurance and Service, Inc.;

6.    That on or about December 8, 1999, an Illinois resident
      entered into and executed a Cooperative Private
      Placement Agreement with Reserve Foundation Trust which
      provided for the Illinois resident to contribute and
      pay to Reserve Foundation Trust the sum of $100,000.00
      and Reserve Foundation Trust would then invest and use
      said sum to buy, sell, lease or trade on a loss free
      pre-sale agreed basis in medium term notes and other
      banking and governmental financial instruments to the
      mutual benefits of the Illinois resident and Reserve
      Foundation Trust and Reserve Foundation Trust would pay
      to the Illinois resident a net monthly yield equal to
      50% of their account balance;

7.    That on or about December 9, 1999, the Illinois
      resident received a fax from the Weed Agency and Alan
      Weed (George Alan Weed) representing that George Alan
      Weed was an authorized agent of The St. Paul Fire and
      Marine Insurance Company and that the Illinois
      resident's investment would be fully insured by The St.
      Paul Fire and Marine Insurance Company;

8.    That on or about December 10, 1999, the Illinois
      resident per instruction from Reserve Foundation Trust
      wired the sum of $100,000.00 to Bank of America NT & SA
      (New York) A.B.A. Number 026009593 for CIBC Caribbean
      LTD, Halifax Street, Kingstown, St. Vincent and The
      Grenadines FBO The Reserve Foundation Trust, Account
      Number 10148965;

9.    That on or about December 20, 1999 the Illinois
      resident received a letter from the Weed Agency and
      Alan Weed (George Alan Weed) containing a Trust
      Certificate purportedly insuring the Illinois
      resident's deposit in the Reserve Foundation Trust;

0412165

Temporary Order of Prohibition
-3-

10.     That the representations made by the Weed Agency and
        Alan Weed (George Alan Weed) in said fax received by
        the Illinois resident on December 9, 1999 and in the
        letter received by the Illinois resident on or about
        December 20, 1999 were untrue and false;

11.     That the above-referenced Cooperative Private Placement
        Agreement is an investment contract or certificate of
        interest or participation in a profit sharing agreement
        and constitutes a security as that term is defined
        pursuant to Section 2.1 of the Illinois Securities Law
        of 1953 [815 ILCS 5/1 et seq.] (the "Act");

12.     That Section 5 of the Act provides, inter alia, that
        all securities except those exempt under Section 3 of
        the Act or those offered and sold in transactions
        exempt under Section 4 of the Act shall be registered
        with the Secretary of State prior to their offer or
        sale in the State of Illinois;

13.     That Section 12.A of the Act provides, inter alia, that
        it shall be a violation of the Act for any person to
        offer or sell securities except in accordance with the
        provisions of the Act;

14.     That Section 12.D of the Act provides, inter alia, that
        it shall be a violation of the Act for any person to
        fail to file with the Secretary of State any document
        or application required to be filed under the provision
        of the Act;

15.     That at all times relevant hereto, Reserve Foundation
        Trust, by and through its officers, directors,
        employees, agents affiliates, successors and assigns,
        including Clifford Pitt, Leon Harte and Norman Schmidt,
        failed to file an application for registration of the
        above referenced securities with the Secretary of State
        prior to their offer or sale in the State of Illinois;

16.     That the Weed Agency and George Alan Weed participated
        in, aided and assisted Reserve Foundation Trust, its
        officers, directors, employees, agents, affiliates,
        successors and assigns, including Clifford Pitt, Leon
        Harte and Norman Schmidt, in the offering and sale of
        interests in Reserve Foundation Trust to Illinois
        residents;

17.     That by virtue of the foregoing, Reserve Foundation
        Trust, by and through their officers, directors,
        employees, agents, affiliates, successors and assigns,
        including Clifford Pitt, Leon Harte, Norman Schmidt,



Temporary Order of Prohibition
-4-

the Weed Agency and George Alan Weed have violated Sections 12.A and 12.D of the Act;

18.     That Section 11.F(2) of the Act provides, inter alia, that the Secretary of State may temporarily suspend or prohibit the offer or sale of securities by any person if the Secretary of State in his or her opinion, based upon credible evidence, deems it necessary to prevent an imminent violation of the Act or to prevent losses to investors which the Secretary of State reasonably believes will occur as a result of a prior violation of the Act;

19.     That based upon the foregoing, the Secretary of State deems it necessary, in order to prevent imminent and additional violations of the Act, and to prevent losses to investors as a result of the referenced prior violation of the Act, to enter an order pursuant to the authority granted under Section 11.F of the Act which prohibits Reserve Foundation Trust, its officers, directors, employees, agents, affiliates, successors and assigns, including Clifford Pitt, Leon Harte, Norman Schmidt, the Weed Agency and George Alan Weed from offering, selling or participating in the offering and selling of securities in the State of Illinois; and

20.     That based upon the credible evidence available to the Secretary of State the entry of this Temporary Order is in the public interest and is consistent with the purposes of the Act.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:  pursuant to the authority granted by Section 11.F. of the Act, Reserve Foundation Trust, its officers, directors, employees, agents, affiliates, successors and assigns, Clifford Pitt, Leon Harte and Norman Schmidt are hereby prohibited from offering or selling securities in and from the State of Illinois until further order of the Secretary of State.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:  pursuant to the authority granted by Section 11.F. of the Act, the Weed Agency and George Alan Weed are hereby prohibited from offering or selling or participating in the offer and sale securities in the State of Illinois until further order of the Secretary of State.

NOTICE is hereby given that the Respondents may request a hearing on this matter by transmitting such request in writing to Securities Director, Illinois Securities Department, 520 South

0412167

STATE OF ILLINOIS

SS:

COUNTY OF SANGAMON
9900596/40
Order of Prohibition

### AFFIDAVIT

I, Rose Huddleston being duly sworn, on oath, make this affidavit and say:

1.      That on 11th day of April, 2000 I deposited in the United States mail, (certified mail, return receipt requested, and postage prepaid) correspondence which was addressed to the last known address as follows:

| Leon Harte | Norman Schmidt | Weed Agency |
|---|---|---|
| 1322 33rd Avenue | 1322 33rd Avenue | 504 Public Square |
| Greeley, CO 80631 | Greeley, CO 80631 | Benton, IL 62812-0727 |

‎‎000 0520 0012 5377 2766        7000 0520 0012 5377 2773        7000 0520 0012 5377 2780

2.      That the said correspondence was certified and Certified Letter Numbers are as above.

Subscribed and sworn to before me this 11th day of April 2000.

Notary Public

OFFICIAL SEAL
CAROLYN P. SIDDONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-30-2003

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Weed Agency
504 Public Square
Benton, IL 62812-0727

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
4-4-12

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0012 5377 2780

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norman Schmidt
1322 33rd Avenue
Greeley, CO 80631

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
DEBBIE HARTE              4/15/04

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0012 5377 2773

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leon Harte
1322 33rd Avenue
Greeley, CO 80631

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
DEBBIE HARTE              4/15/04

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0012 5377 2766

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

0412170



STATE OF ILLINOIS

SS:

COUNTY OF SANGAMON
9900596/40
Order of Prohibition

### AFFIDAVIT

I, Rose Huddleston being duly sworn, on oath, make this affidavit and say:

1.      That 11th day of April, 2000 I deposited in the United States mail, (registered mail, return receipt requested, and postage prepaid) correspondence which was addressed to the last known address as follows:

Reserve Foundation Trust            Clifford Pitt
97 Grandby Street                   97 Grandby Street
Kingstown, St. Vincent              Kingstown, St. Vincent
The Grenadines                      The Grenadines

R 102 437 698                       R 102 437 699

2.That the said correspondence was registered and Registered Letter Numbers as above.

Subscribed and sworn to before me this 11th day April, 2000.

OFFICIAL SEAL
CAROLYN P. SIDDONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-30-2003

Notary Public

0412171

**Item Description (Nature de l'envoi)** ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express ☐ Mail International

☐ Insured Parcel (Colis avec valeur déclarée)   Insured Value (Valeur déclarée)   Article Number   R 102 437 698

Office of Mailing (Bureau de dépôt)   Date of Posting (Date de dépôt)

Reserve Foundation Trust
97 Grandby Street
Kingstown, St. Vincent
The Grenadines

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)   Date 19-4-300

Signature of Addressee (Signature du destinataire)   _Emma Little_   Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

---

**Item Description (Nature de l'envoi)** ☒ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☒ Express ☐ Mail International

☐ Insured Parcel (Colis avec valeur déclarée)   Insured Value (Valeur déclarée)   Article Number   R 102 437 679

Office of Mailing (Bureau de dépôt)   Date of Posting (Date de dépôt)

Clifford Pitt
97 Grandby Street
Kingstown, St. Vincent
The Grenadines

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)   Date 17-4-300

Signature of Addressee (Signature du destinataire)   _EMMA LITTLE_   Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

 

**STATE OF ILLINOIS**

**SS:**

**COUNTY OF SANGAMON**
**9900596**
**Order of Prohibition**

## AFFIDAVIT

I, Rose Huddleston being duly sworn, on oath, make this affidavit and say:

1.    That on the 11th day of April, 2000 I deposited in the United States mail, (Certified mail, return receipt requested, and postage prepaid) correspondence which was addressed to the last known address as follows:

> George Alan Weed
> 504 Public Square
> Benton, IL 62812-0727

2.    That   the   said   correspondence   was   certified   and Certified Letter Number <u>7000 0520 0012 1366 5138</u>

*Rose Huddleston*

Subscribed and sworn to before me 11th of April, 2000.

*Carolyn Siddons*
Notary Public

> OFFICIAL SEAL
> CAROLYN P. SIDDONS
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 6-30-2003

0412173



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery |
| | C. Signature X □ Agent □ Addressee |
| 1. Article Addressed to: | D. Is delivery address different from item 1? □ Yes  If YES, enter delivery address below: □ No |
| George Alan Weed 504 Public Square Benton, IL 62812-0727 | 3. Service Type  ☑ Certified Mail  □ Express Mail  □ Registered  □ Return Receipt for Merchandise  □ Insured Mail  □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  □ Yes |

2. Article Number (Copy from service label)

7000 0520 0012 1366 5138

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789



0412174

  

**STATE OF ILLINOIS**

**SS:**

**COUNTY OF SANGAMON**
**9900596/04**
**Temporary Order of Prohibition**

### AFFIDAVIT

I, Rose Huddleston being duly sworn, on oath, make this affidavit and say:

1.     That 9th day of March, 2000 I deposited in the United States mail, (certified mail, return receipt requested, and postage prepaid) correspondence which was addressed to the last known address as follows:

Leon Harte                          Norman Schmidt
1322 33rd Avenue                    1322 33rd Avenue
Greely, CO 80631                    Greely, CO 80631

Z 330 313 494                       Z 330 313 495  Returned

2.That the said correspondence was certified and Certified Letter Numbers as above.

*Rose Huddleston*

Subscribed and sworn to before me this 9th day March, 2000.

*Carolyn P. Siddons*
Notary Public

OFFICIAL SEAL
CAROLYN P. SIDDONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-30-2003

0412175



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

3. Article Addressed to:

Leon Harte
1322 33rd Avenue
Greely, CO 80631

4a. Article Number
2 330 313 494

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
MAR 1 5 2000

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994          102595-97-B-0179   **Domestic Return Receipt**



**STATE OF ILLINOIS**

SS:

**COUNTY OF SANGAMON**
**9900596/04**
**Temporary Order of Prohibition**

#### AFFIDAVIT

I, **Rose Huddleston** being duly sworn, on oath, make this affidavit and say:

1.     That 10th day of March, 2000 I deposited in the United States mail, (registered mail, return receipt requested, and postage prepaid) correspondence which was addressed to the last known address as follows:

Reserve Foundation Trust
97 Granby Street                          Clifford Pitt
Kingstown, St.Vincent                    97 Granby Street
Grenadines                                Kingstown, St.Vincent
                                          Grenadines

R 102 437 686              R 102 437 688

2.That the said correspondence was registered and Registered Letter Numbers as above.

Subscribed and sworn to before me this 10th day March, 2000.

OFFICIAL SEAL
CAROLYN P. SIDDONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-30-2003

Notary Public

0412177



Clifford Pitt
97 Granby Street
Kingstown, St. Vincent
Grenadines

OFFICIAL SEAL
CAROLYN P. SIDDONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10.13.2006



**STATE OF ILLINOIS**

SS:

**COUNTY OF SANGAMON**
**9900596/04**
**Temporary Order of Prohibition**

**AFFIDAVIT**

I, Rose Huddleston being duly sworn, on oath, make this affidavit and say:

1.      That 9th day of March, 2000 I deposited in the United States mail, (certified mail, return receipt requested, and postage prepaid) correspondence which was addressed to the last known address as follows:

George Alan Weed                    Weed Agency
504 Public Square                   504 Public Square
Benton, IL 62812-0727               Benton, IL 62812-0727

**Z 330 313 496**                       **Z 330 313 497**

2.That the said correspondence was certified and Certified Letter Numbers as above.

Subscribed and sworn to before me this 9th day March, 2000.

OFFICIAL SEAL
CAROLYN P. SIDDONS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-30-2003

Notary Public



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

George Alan Weed
504 Public Square
Benton, IL 62812-0727

4a. Article Number
Z 330 313 496

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery   3-10

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994     102595-97-B-0179   Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Weed Agency
504 Public Square
Benton, IL 62812-0727

4a. Article Number
Z 330 313 497

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery   3-10

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994     102595-97-B-0179   Domestic Return Receipt

0412180