Attachment

28

# Gary N. Herbert
*Attorney at Law*

2150 West 29th Avenue, Suite 130
Denver, Colorado 80211
Phone: (303) 480-5195
Fax:    (303) 480-5197

June 17, 2002

Ms. Jannice McLain
P.O. Box 1166
Littleton, CO 80160

Dear Ms. McLain:

You have asked me to review the insurance protection surrounding a deposit of your monies into a non-depleting Custodial Trust Account held by Capital Holdings, LLC. The purpose of the deposit into such account is to collateralize certain transactions involving a trust associated with Capital Holdings. This letter, which outlines the results of that review, is intended solely for your use. It has not been submitted for approval by the insurance underwriters. It is intended for your general information only and not to be construed in any way as investment or financial advice, but only as an overview of the insurance provisions of the program. Working with the agent involved, Alan Weed, who represents Lloyd's of London in these transactions, I have examined the policies and have outlined the insurance structure designed to protect your deposit.

First, though it is not technically an insurance matter, in order to better understand the protective construct, one must first understand the nature of a non-depleting Custodial Trust Account. This means just what it says—the account is never depleted. The amount deposited by you remains in that bank. It is there only as collateral for another transaction, and as such ,under the terms of the account with the bank it cannot be moved, nor even touched. However, it is dissimilar from collateral in a brokerage margin account in that it is not subject to a "call". The amount one year from today will be the same as it is today. (In this regard it is also a non-appreciating account). The bank is the custodian of the funds in such account. The trust is the account holder and holds the funds in trust for a designated person or purpose—in this case, collateral—for which you are paid a fee for depositing such funds for an agreed upon period. This fee is in lieu of interest, and it is paid monthly. Again, the account is never depleted.

Thus, with that concept in mind, we will examine the insurance protection available while your monies are on deposit in Capital Holdings' non depleting Custodial Trust Account:

1.      The United States' Federal Securities Investor Protection Corporation (SIPC) insures the first $ 500,000 in securities and up to $ 100,000 in cash in each account in the event of a bank failure.

0271080

Page 2 of 3

2.  Since the funds in the Custodial Trust Account are often in amounts larger than in Para. 1 above, the account holder, through a private insurer, maintains an SIPC Excess Policy, insuring the Custodial Trust Account against any loss, in an unlimited amount, above the limits of the federal SIPC policy described in Para. 1 above.

3.  There is an Errors and Omissions Policy in place with limits of $ 30,000,000 insuring against accidental destruction of money and assets in the Custodial Trust Account.

4.  A Financial Blanket bond insures the Custodial Trust Account for $ 200,000,000 against in excess of $10,000,000, against destruction of cash assets in the Trust Account, including any computer fraud such as hacking.

5.  The Master Certificate of Insurance for all the insurance policies are issued to Capital Holdings, LLC for its Custodial Trust Account. After your funds clear the bank you will receive personal Certificates of Insurance on each policy issued in your name, with your address and the account number of the Custodial Trust Account.

6.  Capital Holdings, LLC, provides additional insurance on your account to increase the above existing amounts to $500,000,000 with an All Risks of Physical Loss or Damage Policy. This, I am told, is called an "overlay" in the insurance industry and is designed to cover any losses which may occur above the individual policies to the amount of $ 500,000,000.

To summarize, the Custodial Trust Account is insured by the United States government (SIPC) and privately through the bank for unlimited amounts above the limits of that policy for bank failure. The bank insures you against errors and omissions made by it, (such as a clerk hitting the wrong key on a computer) and a blanket bond that covers losses from purposeful destruction of assets or cash (such as a hostile employee or hacker). Finally, there is an overlay to increase the existing policies coverage to $500,000,000 on top of the other policies. There are the usual exclusions as there are in most policies such as Acts of God, War, etc.

Also, you asked about the difficulty of recovering from these policies in the event of a loss and would you have to bring a lawsuit, etc. The process, according to Mr. Weed, would require that you notify the insurance carrier, presenting them with a copy of your Certificate of Insurance and the policy numbers, and then file a claim, just as you would with your homeowners or auto policies. Here, you would use your Monthly Statement and your Certificates of Insurance to file your "Proof of Loss" claim.

0271081

*Page 3 of 3*

If you have any further questions about the insurance coverage, please don't hesitate to call me or Alan Weed.

Very truly yours,

Gary N. Herbert