Attachment

31

# Gary N. Herbert
*Attorney at Law*

3150 West 29th Avenue, Suite 130
Denver, Colorado 80211
Phone: (303) 480-5195
Fax: (303) 480-5197

303-248-0320

June 17, 2002

Ms. Jannice McLain
P.O. Box 1166
Littleton, CO 80160

Dear Ms. MacLain:

You have asked me to review the insurance protection surrounding a deposit of your monies into a non-depleting Custodial Trust Account held by Capital Holdings, LLC. The purpose of the deposit into such account is to collateralize certain transactions involving a trust associated with Capital Holdings. This letter, which outlines the results of that review, is intended solely for your use. It has not been submitted for approval by the insurance underwriters. It is intended for your general information only and not to be construed in any way as investment or financial advice, but only as an overview of the insurance provisions of the program. Working with the agent involved, Alan Weed, who represents Lloyd's of London in these transactions, I have examined the policies and have outlined the insurance structure designed to protect your deposit:

First, though it is not technically an insurance matter, in order to better understand the protective construct, one must first understand the nature of a non-depleting Custodial Account. This means just what it says—the account is never depleted. The amount deposited by you remains in that bank. It is there only as collateral for another transaction, and as such under the terms of the account with the bank it cannot be moved, nor even touched. However, it is dissimilar from collateral in a brokerage margin account in that it is not subject to a "call". The amount one year from today will be the same as it is today. (In this regard, it is also a non-appreciating account). The bank is the custodian of the funds in such account. The trust is the account holder and holds the funds in trust for a designated person or purpose---in this case, collateral---for which you are paid a fee for depositing such funds for an agreed upon period. This fee is in lieu of interest, and it is paid monthly. Again, the account is never depleted.

Thus, with that concept in mind, we will examine the insurance protection available while your monies are on deposit in a Custodial Trust Account:
A CAPITAL HOLDINGS NON-DEPLETING

1. The United States' Federal Securities Investor Protection Corporation (SPIC) insures the first $ 500,000 in securities and up to $ 100,000 in cash in each account in the event of a bank failure.

0270163

Page 2 of 3

2. Since the funds in the Custodial Trust Account are often in amounts larger than in Para. 1 above, the account holder, through a private insurer, maintains an SPIC Excess Policy, insuring the Custodial Trust Account against any loss, in an unlimited amount, above the limits of the federal SPIC policy described in Para. 1 above. [handwritten: CUSTODIAL]

3. There is an Errors and Omissions policy in place with limits of $30,000,000 insuring against accidental destruction of money and assets in the Custodial Trust Account.

[handwritten: FINANCIAL INSTITUTION BOND]

4. A ~~Blanket Bond~~ insures the Custodial Trust Account for $200,000,000 against purposeful destruction, including computer, of cash or assets.

[handwritten: ALL THE INSURANCE POLICIES ARE ISSUED TO]

5. The Master Certificates of Insurance for ~~the Blanket Bond is issued to~~ Capital Holdings, LLC, for its Custodial Trust Account. After your funds clear the bank, you receive a [handwritten: WILL] personal Certificate of Insurance, issued in your name, with your address and the account number of the Custodial Trust Account. [handwritten: ON EACH POLICY]

[handwritten: EXISTING ABOVE AMOUNTS TO                    TO INCREASE]

6. Capital Holdings, LLC, provides additional insurance on your account ~~in the amount of~~ [handwritten: THE] $500,000,000 ~~on all risks~~ of physical loss or damage. [handwritten: WITH AN / POLICY] This, I am told, is called an "overlay" in the insurance industry and is designed to cover any losses which may occur above the individual policies to the amount of $500,000,000.

[handwritten: CUSTODIAL]
To summarize, the Trust Account is insured by the United States government (SIPC) and privately through the bank for unlimited amounts above the limits of that policy for bank failure. The bank insures you against errors and admissions made by it, (such as a clerk hitting the wrong key on a computer) and a Blanket Bond. ~~Certificate in your name~~ [handwritten: THAT] covers losses from purposeful destruction of assets or cash (such as a hostile employee or hacker). Finally, there is an overlay ~~of~~ $500,000,000 on top of the other policies. There are the usual exclusions as there are in most policies such as Acts of God, War, etc.

Also, you asked about the difficulty of recovering from these policies in the event of a loss and would you have to bring a lawsuit, etc. The process, according to Mr. Weed, would require that you notify the insurance carrier, presenting them with a copy of your Certificate of Insurance and the policy numbers, and then file a claim, just as you would with your homeowners or auto policies. In the instance of these policies, however, it is somewhat easier, because of the manner in which these policies are worded, the criteria for "proof of claim" is very narrow--- were the funds in the bank or not---if they were in the bank they are covered. If they were not in the bank, they are not covered.

[handwritten: TO INCREASE THE ~~ABOVE~~ EXISTING POLICIES COVERAGE TO]

0270164

*Page 3 of 3*

    If you have any further questions about the insurance coverage, please don't hesitate to call me or Alan Weed.

Very truly yours,

Gary N. Herbert

0270165