# Attachment

# 32

# FAX TRANSMITTAL

**FROM:** GARY N. HERBERT, Attorney at Law
2150 West 29th Avenue, Suite 130
Denver, CO 80211
Telephone: (303) 480-5195
Fax: (303) 480-5197

**TO:** Alan Weed

**DATE:** 6-17-02

**FAX:** 618-435-5676          **PHONE:**

**RE:**

**DOCUMENTS SENT:** DRAFT

HARD COPY WILL ___ WILL NOT ✓ FOLLOW

**# of pages, including cover sheet:** 3

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, employee or agent responsible for delivering this transmission to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

0270169

# Gary N. Herbert
*Attorney at Law*

2150 West 29th Avenue, Suite 130
Denver, Colorado 80211
Phone: (303) 480-5195
Fax:   (303) 480-5197

June 17, 2002

Ms. Jannice McLain
P.O. Box 1166
Littleton, CO 80160

Dear Ms. MacLain:

You have asked me to review the insurance protection surrounding a deposit of your monies into a non-depleting custodial trust account held by Capital Holdings, LLC. The purpose of the deposit into such account is to collateralize certain transactions involving a trust associated with Capital Holdings. This letter, which outlines the results of that review, is intended solely for your use. It has not been submitted for approval by the insurance underwriters. It is intended for your general information only and not to be construed in any way as investment or financial advice, but only as an overview of the insurance provisions of the program. Working with the agent involved, Allan Weed, who represents Lloyds of London in these transactions, I have examined the policies and have outlined the insurance structure designed to protect your deposit:

First, though it is not technically an insurance matter, in order to better understand the protective construct, one must first understand the nature of a non-depleting custodial account. This means just what it says—the account is never depleted. The amount deposited by you remains in that bank. It is there only as collateral for another transaction, and as such, under the terms of the account with the bank it cannot be moved, nor even touched. However, it is dissimilar from collateral in a brokerage margin account in that it is not subject to a "call". The amount one year from today will be the same as it is today. (In this regard it is also a non-appreciating account). The bank is the custodian of the funds in such account. The trust is the account holder and holds the funds in trust for a designated person or purpose---in this case, collateral---for which you are paid a fee for depositing such funds for an agreed upon period. This fee is in lieu of interest, and it is paid monthly. Again, the account is never depleted

Thus, with that concept in mind, we will examine the insurance protection available while your monies are on deposit in a custodial trust account:

1. The United States' Federal Securities Investor Protection Corporation (SPIC) insures the first $500,000 in securities and up to $100,000 in cash in each account in the event of a bank failure.

DRAFT

0270170

*Page 2 of 2*

2. Since the funds in the custodial trust account are often in amounts larger than in Para. 1 above, the account holder, through a private insurer, maintains an SPIC Excess Policy, insuring the trust account against any loss, in an unlimited amount, above the limits of the federal SPIC policy described in Para. 1 above.

3. There is an Errors and Omissions policy in place with limits of $30,000,000 insuring against accidental destruction of money and assets in the Custodial Trust Account.

4. A Blanket Bond insures the Custodial Trust Account for $200,000,000 against purposeful destruction, including computer, of cash or assets.

5. The Master Certificate of Insurance for the Blanket Bond is issued to Capital Holdings, LLC. for its Custodial Trust Account. After your funds clear the bank you receive a personal Certificate of Insurance issued in your name, with your address and the number of your Trust Account.  *?*

6. Capital Holdings, LLC, provides additional insurance on your account in the amount of 500,000,000 on all risks of physical loss or damage. This, I am told, is called an "overlay" in the insurance industry and is designed to cover any "cracks" which may occur *about* between the individual policies. *to a limit of $500,000 losses*

To summarize, the Trust Account is insured by the United States government (SIPC) *for Bank Fail* and privately through the bank for unlimited amounts above the limits of that policy. The bank insures you against errors and admissions made by it, (such as a clerk hitting the wrong key on a computer) and a Blanket Bond *Certificate* in your name covers losses from purposeful destruction of assets or cash (such as a hostile employee or hacker). Finally, there is an overlay of $500,000,00 *up to* on top of everything. Thus, it would seem that most eventualities have been anticipated and insured against. However, there are certain exclusions. (talk to Weed and Norm) Exclusions, such as Acts of God, War, Terrorism WTC problem, ?????

Also, you asked about the difficulty of recovering from these policies in the event of a loss and would you have to bring a lawsuit, etc. The process, according to Mr. Weed, would require that you notify the insurance carrier, presenting them with a copy of your certificate of insurance and the policy numbers, and then file a claim, just as you would with your homeowners or auto policies. In the instance of these policies, however, it is somewhat easier, because of the manner in which these policies are worded, the criteria for "proof of claim" is very narrow--- were the funds in the bank or not---if they were in the bank they are covered. If they were not in the bank, they are not covered.

0270171