Attachment

33

# FAX TRANSMITTAL

FROM: **GARY N. HERBERT, Attorney at Law**
2150 West 29th Avenue, Suite 130
Denver, CO 80211
Telephone: (303) 480-5195
Fax: (303) 480-5197

TO: Alan Weed

DATE: 6-14-02

FAX: 618- [redacted]    PHONE:

RE: 435 5676

DOCUMENTS SENT: Letter

HARD COPY WILL ___ WILL NOT ✓ FOLLOW

# of pages, including cover sheet: 3

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, employee or agent responsible for delivering this transmission to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

0270172

Dear M~~s Hicdell~~ Janice McLain

You have asked me to review the insurance protection surrounding the deposit of monies upon a transfer from your bank to another account designated by a Trust which will deposit such monies in a non depleting insured custodial account, the purpose of which is to collateralize certain transactions involving that trust. This letter outlining the results of that review is intended for your use only, and has not been submitted for approval (by Lloyds?) blah blah blah (additional disclaimer language)

Working together with the agent involved, Allan Weed, who represents Lloyds of London in these transactions, I have examined the policies and have determined the following parameters of protection:

First, though it is not necessarily an insurance matter, in order to better understand the protective construct, one must understand that these are non-depleting custodial accounts. This means just what it says—the account is never depleted. The amount deposited by you re-mains in that bank. It is there only as collateral for another transaction, but under the terms of the account with (name of bank) it cannot be touched. The amount one year from today will be the same as it is today. (how do we deal with interest?) Custodial accounts are, in fact, a form of trust account, that is, the funds in such account can be used only for designated purposes or for the benefit of designated persons. The trust is the custodian of these funds for the benefit of someone else. In this instance, the trust account is custodian of your funds for your benefit (amplify). You are paid a fee for depositing them into that account where they are used to collateralize transactions in which the trust is involved (discuss the risk quotient of the funds when used as collateral). By the nature of these transactions, which involve other banks, your funds, when on deposit as collateral, from a practical standpoint, are at minimal or no risk (too broad unless we can explain it in bulletproof legal fashion)

a Custodial Trust Account

Thus, with that concept in mind we will examine the insurance protection available nies while it is on deposit in (------) bank:

1. The United States' Federal Securities Investor Protection Corporation (SPIC) insures the first $500,000 in securities (up to $100,000 in cash) in each account in the event of a bank failure.

2. The depository bank (    ) through a SPIC Excess (Limits?) Policy, insures the Trust Account against any loss, (from any cause?) in an unlimited amount, above the limits of the SPIC policy described in Para. 1 above. (amplify)  *or whom? the banks?*

3. There is in place an Errors and Omissions policy with limits of $30,000,000 insuring against (accidental destruction?) of money and assets in the Trust Account.

4. A Blanket Bond? insures the Trust Account for $200,000,000 against purposeful destruction, including computer hacking (even for terrorists?), of cash or assets

*wrap*

*Margin notes: how much can we say about transport e.g. sold before; Supplement, buy; So no risk?; Trial? prove it!; Redo; Some things in NYC excluded there —*

0270173

its Trust Account. The Master Certificate of Insurance for the Blanket Bond is issued to ( *Norm's Co.* ) for its Custodial Trust Account.  *In Summary,*

After your funds clear the bank you *will* receive a personal Certificate of Insurance issued in your name, with your address and the number of your Trust Account. ~~Accordingly,~~ the Trust Account is insured by the United States government (SIPC) and privately through the bank for unlimited amounts above the limits of that policy. The bank insures you against errors and admissions made by it, and a Blanket Bond, in your name covers (examples) *anything that falls outside these policies of events or phenomenon* *not excluded*

Thus, it would seem that most eventualities have been anticipated and insured against. However,.......... (talk to weed and Norm) Exclusions, Acts of God, War, etc Terrorism WTC problem, business judgement, bank failures, falling market? cant happen? malfeasance by traders?

Also, discuss questionnaire to qualify investor...similar to the "sophisticated investor" scenario

*hi, the errors and ommisions?*

$Excl.$
$Bond$

0270174