# Attachment

# 34

June 21, 2002

From:  Michael D. Smith
       9986 N. Newport Hwy. #378
       Spokane, WA. 99218
       Phone: (509) 464-1350
       Fax:   (509) 465-5282

To:    Gary N. Herbert
       2150 West 29th Ave., Suite 130
       Denver, CO 80211
       Phone: (303) 480-5195
       Fax:   (303) 480-5197

Dear Mr. Herbert

       This morning I spoke to Alan Weed, who referred me to you for a possible review
of the insurance policy available to Capital Holdings, LLC Custodial Account.

       I would like to engage you as an attorney to provide me with a Legal Opinion on
Insurance Coverage with Lloyd's of London.

       Please let me know if this is possible, what the cost might be, and when I might
expect it.

       Mr. Weed has indicated to me that he has provided you with the policies.

Thank You,

Michael D. Smith

0410833



**GARY N. HERBERT**
*Attorney at Law*

2150 West 29th Avenue, Suite 130
Denver, CO 80211

Mr. Michael D. Smith
9986 N. Newport Highway, #378
Spokane, WA  99218

0410837

# FAX TRANSMITTAL

**FROM:**   **GARY N. HERBERT, Attorney at Law**
2150 West 29th Avenue, Suite 130
Denver, CO 80211
Telephone: (303) 480-5195
Fax: (303) 480-5197

**TO:**   *Mr. Michael D. Smith*

**DATE:**   *June 21, 2002*

**FAX:**   *(509) 465-5282*      **PHONE:**   *(509) 464-1350*

**DOCUMENTS SENT:**   *Insurance Review*

**HARD COPY WILL   XXX      WILL NOT ____ FOLLOW**

**# of pages, including cover sheet:**   *(4) four pages*

*This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, employee or agent responsible for delivering this transmission to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original mess sage to us at the above address via the U.S. Postal Service. Thank you.*

0410832

Gary N. Herbert
*Attorney at Law*

---

*2150 West 29th Avenue, Suite 130*
*Denver, Colorado 80211*
*Phone: (303) 480-5195*
*Fax: (303) 480-5197*

June 21, 2002

Mr. Michael D. Smith
9986 N. Newport Highway, #378
Spokane, WA 99218

Dear Mr. Smith:

You have asked me to review the insurance protection surrounding a deposit of your monies into a non-depleting Custodial Trust Account held by Capital Holdings, LLC. The purpose of the deposit into such account is to collateralize certain transactions involving a trust associated with Capital Holdings. This letter, which outlines the results of that review, is intended solely for your use. It has not been submitted for approval by the insurance underwriters. It is intended for your general information only and not to be construed in any way as investment or financial advice, but only as an overview of the insurance provisions of the program. Working with the agent involved, Alan Weed, who represents Lloyd's of London in these transactions, I have examined the policies and have outlined the insurance structure designed to protect your deposit.

First, though it is not technically an insurance matter, in order to better understand the protective construct, one must first understand the nature of a non-depleting Custodial Trust Account. This means just what it says—the account is never depleted. The amount deposited by you remains in that bank. It is there only as collateral for another transaction, and as such under the terms of the account with the bank it cannot be moved or even touched. However, it is dissimilar from collateral in a brokerage margin account in that it is not subject to a "call." The amount one year from today will be the same as it is today. (In this regard it is also a non-appreciating account). The bank is the custodian of the funds in such account. The trust is the account holder and holds the funds in trust for a designated person or purpose, in this case, collateral, for which you are paid a fee for depositing such funds for an agreed upon period. This fee is in lieu of interest and it is paid monthly. Again, the account is never depleted.

Thus, with that concept in mind, we will examine the insurance protection available while your monies are on deposit in a Capital Holdings' non-depleting Custodial Trust Account:

1.    The United States Federal Securities Investor Protection Corporation SIPC) insures the first $500,000 in securities (up to $100,000 in cash) in each account in the event of a bank failure.

0410834

*Page 2 of 3*

2. Since the funds in the Custodial Trust Account are often in amounts larger than in Para. 1 above, the account holder, through a private insurer, maintains an SIPC Excess Policy, insuring the Capital Trust Account against loss in an unlimited amount above the limits of the federal SIPC policy described in Para.1 above.

3. There is an Errors and Omissions Policy in place with limits of $30,000,000, insuring against accidental destruction of money and assets in the Custodial Trust Account.

4. The Bank provides for its credentialed and bonded account holders a policy that insures the Custodial Trust Account belonging to Capital Holdings, LLC against purposeful destruction, (including computer fraud or hacking) of cash and assets in the Custodial Trust Account up to $10,000,000. Capital Holdings, LLC provides an additional policy with coverage up to $200,000,000.

5. The Master Certificate of Insurance for all the insurance policies are issued to Capital Holdings, LLC for its Custodial Trust Account. After your funds clear the bank, you will receive personal Certificates of Insurance on each policy insured in your name, with your address and the account number of the Custodial Trust Account.

6. Capital Holdings, LLC provides additional insurance on your account to increase the above existing amounts to $500,000,000 with an All Risks of Physical Loss or Damage Policy. This, I am told, is called an "overlay" in the insurance industry and is designed to cover any losses which may occur above the individual policies up to the amount of $500,000,000.

To summarize, the Custodial Trust Account is insured by the United States government (SIPC) and privately through the bank for unlimited amounts above the limits of that policy for bank failure. The bank insures you against errors and omissions made by it, (such as a clerk hitting the wrong key on a computer) and a blanket bond that covers losses from purposeful destruction of assets or cash (such as a hostile employee or hacker). Finally, there is an overlay to increase the existing policies coverage to $500,000,000 on top of the other policies. There are the usual exclusions as there are in most policies, such as Acts of God, War, etc.

Also, you asked about the difficulty of recovering from these policies in the event of a loss and would you have to bring a lawsuit, etc. The process, according to Mr. Weed, would require you to notify the insurance carrier, presenting them with a copy of your Certificate of Insurance and the policy numbers, and then file a claim, just as you would with your homeowners or auto policies. Here, you would use your Monthly Statement and your Certificates of Insurance to file your "Proof of Loss" claim.

*Page 3 of 3*

    If you have any questions about the insurance coverage, please don't hesitate to call Alan Weed or me.

Very truly yours,

Gary N. Herbert