Attachment

41

# Bookmark

10/13/2005
## Name: Herbert letter
Comment: ON Plastics computer w/o letter head. Indicaates drafted by conspirators
File Count: 1

**File: CUSTODIA.DOC**
Full Path: 1B17\Session 1\Track 01\60160_1B17 [ISO9660]\RESULTS\_TRASHES\503\CAPITALH\CUSTODIA.DOC
File Type: Microsoft Word 6 Document
Created: 6/26/2002 11:11:26 AM
Modified: 6/26/2002 11:11:26 AM
Accessed: N/A
MD5: 47D40A3636870BCF28FB3C3569460094
Email Date:
From:
To:
CC:
Attachment Info:
Exported as:: CUSTODIA[62437].DOC

AccessData Forensic Toolkit

June 17, 2002

Ms. Jannice McLain
P. O. Box 1166
Littleton, CO  80160

Dear Ms. McLain:

    You have asked me to review the insurance protection surrounding a deposit of your monies into a non-depleting Custodial Trust Account held by Capital Holdings, LLC. The purpose of the deposit into such account is to collateralize certain transactions involving a trust associated with Capital Holdings. This letter, which outlines the results of that review, is intended solely for your use. It has not been submitted for approval by the insurance underwriters. It is intended for your general information only and not to be construed in any way as investment or financial advice, but only as an overview of the insurance provisions of the program. Working with the agent involved, Alan Weed, who represents Lloyd's of London and other national and domestic insurance companies in these transactions, I have examined the policies and have outlined the insurance structure designed to protect your deposit.

    First, though it is not technically an insurance matter, in order to better understand the protective construct, one must understand the nature of a non-depleting Custodial Trust Account. This means just what it says—the account is never depleted. The amount deposited by you remains in that bank. It is there only as collateral for another transaction, and as such, under the terms of the account with the bank it cannot be moved, nor even touched. However, it is dissimilar from collateral in a brokerage margin account in that it not subject to a "call". The amount one year from today will be the same as it is today. (In this regard it is also a non-appreciating account). The bank is the custodian of the funds in such account. The trust is the account holder and holds the funds in trust for a designated person or purpose---in this case, collateral---for which you are paid a fee for depositing such funds for an agreed upon period. This fee is in lieu of interest, and it is paid monthly. Again, the account is never depleted.

    Thus, with that concept in mind, we will examine the insurance protection available while our monies are on deposit in Capital Holdings' non-depleting Custodial Trust Account:

1. The United States' Federal Securities Investor Protection Corporation (SIPC) insures the first $500,000 in securities and up to $100,000 in cash in each account in the event of a bank failure.

2. There is an Errors and Omissions Policy in place with limits of $1,000,000 insuring against accidental destruction of money and assets in the Custodial Trust Account.

3. Financial Institution Bonds insures the Custodial Trust Account for $75,000,000, $1,000,000 in excess of $100,000, with additional Excess Bonds of $74,000,000, against the destruction of cash and assets in the Trust Account, including any computer fraud such as hacking.

4. The Master Certificate of Insurance for all the insurance policies is issued to Capital Holdings, LLC for its Custodial Trust Account. After your funds clear the bank you will receive personal Certificates of Insurance on each policy issued in your name, with your address and the account number of the Custodial Trust Account.

5. Capital Holdings, LLC, provides additional insurance on your account to increase the above existing amounts to $500,000,000 with an All Risks of Physical Loss or Damage Policy. This, I am told, is called an "overlay" in the insurance industry and is designed to cover any losses which may occur above the individual policies to the amount of $500,000,000.

To summarize the Custodial Trust Account is insured by the United States Government (SIPC) and privately through the bank for unlimited amounts above the limits of that policy for bank failure. The bank insures you against errors and omissions made by it, (such as a clerk hitting the wrong key on a computer) and a blanket bond that covers losses from purposeful destruction of assets or cash (such as a hostile employee or hacker). Finally, there is an overlay to increase the existing policies coverage to $500,000,000 on top of the other policies. There are the usual exclusions as there are in most policies such as Acts of God, War, etc.

Also, you asked about the difficulty of recovering from these policies in the event of a loss and would you have to bring a lawsuit, etc. The process, according to Mr. Weed, would require that you notify the insurance carrier, presenting them with a copy of your Certificate of Insurance and the policy numbers, and then file a claim, just as you would with your homeowners or auto policies. Here, you would use your Monthly Statement and your Certificates of Insurance to file your "Proof of Loss" claim.

If you have any further questions about the insurance coverage, please do not hesitate to call Alan Weed or me.


Very truly yours,



Gary N. Herbert