# Attachment

# 42

# Bookmark

10/13/2005

## Name: Lttr re insurance for Quick Gold Dec 17 02
Comment:
File Count: 1

**File: MONARCH3.DOC**
Full Path: 1B75_QSI4\Session 1\Track 01\QSI4_1B75 [ISO9660]\HTMLPGS\EXPORT\MONARCH3.DOC
File Type: Microsoft Word 2000 Document
Created: 12/17/2002 1:26:32 PM
Modified: 12/17/2002 1:26:32 PM
Accessed: N/A
MD5: DC5DC1EA11DA250534C0531F6E936F42
Email Date:
From:
To:
CC:
Attachment Info:
Exported as:: MONARCH3[391045].DOC

AccessData Forensic Toolkit

December 17, 2002

The following pertinent information regarding the custodial account with Monarch Capital Holdings LLC outlines the protection of QuickGold assets held in this account. In all cases, I totally rely on Gary Herbert as Monarch Capital Holdings LLC attorney opinion letter; and the law specific to the protection that is in place. This opinion letter was based on funds being deposited in the Monarch Capital Holdings LLC master account and stipulates as follows:

One must first understand the nature of a non-depleting Custodial Trust Account. This means just what it says—the account is never depleted. The amount deposited remains in that bank. The amount one year from today will be the same as it is today. The bank is the custodian of the funds in such account. The trust is the account holder and holds the funds in trust for a designated person or persons, or purpose. Again, the account is never depleted.

As a QuickGold Member purchasing units larger than $1 Million dollars, Monarch Capital Holdings LLC has made available sub custodial accounts. Wells Fargo Bank insures this account for the benefit of the account as follows:

- A. The United States Federal Securities Investor Protection Corporation ("SIPC") insures the first $500,000 in securities and $100,000 in cash in the Custodial Account in the event of a bank failure.
- B. A policy maintained by Wells Fargo Bank insuring the Custodial Account against purposeful destruction of the cash and other assets up to $200,000,000 (such as a hostile employee or hacker, or removal of the funds from the account by anyone other than the beneficial owner of the funds).
- C. An All Risks of Physical Loss or damage policy (errors and omissions, such as a clerk hitting the wrong key on a computer

etc.) maintained by Wells Fargo Bank insuring the Custodial account against loss up to the amount of $200,000,000.

In addition to the insurance protecting the custodial account; you as the QuickGold Member will have the ability through the account instruction to attach a corporate Resolution instructing the custodian that the account cannot be leaned or otherwise encumbered and shall be viewed as a "non-depleting" account due to the principal balance never to be diminished. The assets thereof will apply to the balance sheet of Monarch Capital Holdings LLC, and will reflect the asset, as well as the liability as these funds specifically belong to the QuickGold Member as the beneficial owner of the asset.

Limited Liability on behalf of Monarch Capital Holdings LLC. Monarch Capital Holdings LLC was established as a flat limited liability corporation. Its specific purpose is to hold funds in a non-depleting custodial trust account. It has no other business activity. Its only asset is its member's investments. These are the managing members. There are no other members. The LLC owner's liability is limited to the amount of money, which the person (members) has invested in the LLC. Thus, LLC members are offered the same limited liability protection as a corporation's shareholders.