Attachment

45

NOV-12-2002  23:53        VIPCALLCENTER                                           P.01/03
FROM : NORMAN SIRAK         FAX NO. : 3304781953              Nov. 13 2002 11:25AM P1

**NORMAN L. SIRAK**
ATTORNEY AT LAW
P.O. Box 7468
CANTON, OHIO
44705

*4035 ENWOOD ST.*
*MASILION, OHIO*
*44646*

Member, D.C. Bar Association
Member, Ohio Bar Association

(330) 478-1947
FAX (330) 478-1953

November 13, 2002

Mr. Gary Herbert, Esq.
2150 West 29th Avenue, Suite 130
Denver, Colorado 80205

Re : Legal Opinion

Dear Mr. Herbert,

You have requested my opinion of a program offered by Monarch Capital Holdings LLC (hereafter *Monarch Capital*), as to whether or not a client of Monarch Capital ever becomes subject to the Securities Act of 1933 and the Securities Exchange Act of 1934 (hereafter *securities law*). Specifically, my opinion is sought as to whether or not a custodial trust account under this program ever becomes subject to the reporting and registration requirements imposed upon security holders by securities law.

### Monarch Capital's Program

Monarch Capital's program is called a Non-depleting Custodial Trust Account. For securities law purposes, the following descriptive details are germane. A client places a substantial deposit into a custodial account with a major bank. These funds never leave this bank and remain in this account. Because of Monarch Capital's participation in a special trading program, this custodial account becomes eligible for benefits payable to Monarch Capital clients. While on deposit, the funds placed in this custodial account are fully insured up to $100,000 by the Federal Securities Investor Protection Corp. against bank failure. It is my further understanding that these custodial accounts are privately insured for a sum in excess of $100,000, but from a securities perspective, this private insurance is not relevant. Under the terms of Monarch Capital's agreement with its clients, the owner of these custodial accounts may withdraw these funds at any time, without penalty, upon providing a reasonable notice of their intent to do so.

0410843

- 2 -

It is my further understanding that owners of these custodial accounts benefit from a trading program undertaken by the bank, in conjunction with other banks. The trading activity involves bank-to-bank transactions. Furthermore, only banks may participate in this trading activity. The actual custodial account is never engaged or obligated directly by the trades undertaken by the participating bank.

### Securities Law Analysis

Funds deposited in Monarch Capital Custodial Accounts are not securities. Furthermore, in so far as the owner of a custodial account is concerned, neither the registration nor the reporting requirements of securities law are engaged, and they would be under no obligation to seek an exemption. This position is supported by the following attributes of these accounts.

* Investments in securities are not simultaniously eligible for the $100,000 of insurance protection offered by the federal government.

* While deposited, the custodial account does not become the owner or the obligor for any specific securities instrument, of either a debt or equity nature.

* Funds may be withdrawn at any time, without penalty, and subject only to a reasonable notice.

* The deposits into these custodial trust accounts remain in those accounts. They are not converted or exchanged into a security instrument.

The above attributes lead me to believe, that Monarch Capital's program is similar to the traditional program undertaken by banks, to generate interest for savings accounts and for holders of certificates of deposit. These traditional accounts benefit from the investment made by the bank, in its bank to bank and bank only dealings with other financial entities. Holders of these savings accounts never become obligors or owners of these bank to bank and bank only transactions. But they do become beneficiaries. Deposits are never converted into a security instrument.

0410844

- 3 -

This legal opinion has been written for the benefit of Monarch Capital and its clients. Consent is hereby granted to Monarch Capital to share this legal opinion with clients, and with financial institutions interested in participating in this program.

Beyond the legal issue outlined at the outset of this legal opinion, this law office is offering no further opinion or advise as to Monarch Capital's program. This letter may not be used or construed by any party as a guarantee, nor may it be taken as an endorsement of Monarch Capital's program. This law firm does not give out investment advise and nothing to the contrary should be understood or implied from this letter.

Sincerely,

*/s/ Norman Sirak*

Norman Sirak