Attachment

46

# WIRING INSTRUCTIONS

The Law Offices of Gary N. Herbert LLC

WELLS FARGO BANK

105 FILLMORE ST.
DENVER, CO 80206

ACCT # 8000017205

ABA # 10200076

0215145