Attachment

47

                                        303-480-5197                KUSIC LAW OFFICE                    PAGE 01      KD 135

# FAX TRANSMITTAL

FROM: **GARY N. HERBERT, Attorney at Law**
2150 West 29th Avenue, Suite 130
Denver, CO 80211
Telephone: (303) 480-5195
Fax: (303) 480-5197

TO: _AL WEED_

DATE: _8/23/02_

FAX: _618 435 5676_          PHONE: _____

RE: _____

DOCUMENTS SENT: _____

HARD COPY WILL ___ WILL NOT ___ FOLLOW

# of pages, including cover sheet: _____

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, employee or agent responsible for delivering this transmission to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

0270044

# GARY N. HERBERT
*Attorney at Law*

150 West 29th Avenue, Suite 130  
Denver, CO 80211

ph: 303-480-5195  
fax: 303-480-5197



*VIA FAX (509) 465 5282*

V.C.I.  
P.O. Box 143  
Othello, WA 99344

% John Slobach  
9986 N. Newport Highway # 191  
Spokane, WA 99344



Dear Mr. Slobach:

This letter will acknowledge receipt by the undersigned, as escrow agent for Capital Holdings, LLC, of your check for seventy thousand dollars (USD 70,000). The check was deposited into the escrow account belonging to The Law Offices of Gary N. Herbert, LLC, in Wells Fargo Bank West, N.A., Cherry Creek (Denver), for the benefit of Capital Holdings, LLC. A photocopy of the deposit slip is enclosed herewith.

While your funds are on deposit in the escrow account described above they are under the umbrella of the insurance policy that covers all the funds of Capital Holdings on deposit in Wells Fargo. At such time as your funds are transferred to the Capital Holdings Trust account, the funds are protected under the policy covering the trust account and you will be issued an insurance certificate reflecting that coverage. These policies are issued within ten days on average—a process that we're trying to speed up for future transactions. Nonetheless you will be notified when that occurs, either by me or by the insurance department of Capital Holdings.

Yours very truly,

Gary N. Herbert

0270045