# Attachment

# 48





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:      JXS003                                Type:        LP-CL

Request ID     Account     Capture     Seq #     Pod #     Amount
15070-27JAN03 0578140956  25-MAR-02 0174798314             5,000.00/U

TOTAL ITEMS:   0
C1    COMPLETED

0522939





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:      JXS003                                    Type:        LP-CL

Request ID      Account       Capture      Seq #      Pod #    Amount
15133-27JAN03  0578140956   02-APR-02  0374077520              5,000.00/U

TOTAL ITEMS:   0
C1      COMPLETED

0522947





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:      JXS003                                    Type:      LP-CL

Request ID     Account     Capture     Seq #      Pod #   Amount
15238-27JAN03 0578140956  03-APR-02 0374406939             10,000.00/

TOTAL ITEMS:   0
C1    COMPLETED

0522950





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:      GLPU1041726H

Oper:       MXS093                              Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #      Amount
15476-27JAN03 0578140956   30-APR-02  0272942944              5,000.00/U

TOTAL ITEMS:   0
C1     COMPLETED

0522990





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:        MXS093                                    Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #    Amount
15454-27JAN03 0578140956  23-APR-02 0570034288            10,000.00/

TOTAL ITEMS:   0
C1     COMPLETED

0522983





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:      MXS093                              Type:      LP-CL

Request ID      Account      Capture      Seq #      Pod #    Amount
15596-27JAN03 0578140956   14-MAY-02 0674906803            35,000.00/

TOTAL ITEMS:   0
C1    COMPLETED





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:    GLPU1041726H

Oper:        MXS093                              Type:       LP-CL

Request ID      Account      Capture      Seq #      Pod #     Amount
15595-27JAN03 0578140956  14-MAY-02 0674906800              5,000.00/U

TOTAL ITEMS:    0
C1      COMPLETED

0523003





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:      GLPU1041726H

Oper:      CDK002                                    Type:      LP-CL

Request ID      Account      Capture      Seq #      Pod #      Amount
15749-27JAN03  0578140956  04-JUN-02  0575526174              10,000.00/

TOTAL ITEMS:    0
C1      COMPLETED





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:        CDK002                                    Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #    Amount
15813-27JAN03 0578140956   05-JUN-02 0772037794              5,000.00/U

TOTAL ITEMS:     0
C1      COMPLETED

0523039





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:   GLPU1041726H

Oper:      CDK002                                    Type:        LP-CL

Request ID    Account     Capture      Seq #      Pod #    Amount
15994-27JAN03 0578140956  18-JUN-02 0971632048              5,000.00/U

                        TOTAL ITEMS:    0
                  C1    COMPLETED

0523055





05-DEC-02

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:      GLPU1037314B

Oper:       MUG001                                        Type:       LP-CL

Request ID      Account       Capture      Seq #      Pod #    Amount
11943-04DEC02  0578140956   05-JUL-02 0470107236               5,000.00/U

TOTAL ITEMS:      0
C1      COMPLETED

0522239





05-DEC-02

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1037314B

Oper:        MUG001                                    Type:        LP-CL

Request ID     Account     Capture     Seq #          Pod #     Amount
11942-04DEC02 0578140956  05-JUL-02 0470107235                  10,000.00/

TOTAL ITEMS:    0
C1      COMPLETED

0522238





05-DEC-02

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1037314B

Oper:      ESD001                                    Type:      LP-CL

Request ID     Account     Capture       Seq #      Pod #    Amount
12233-04DEC02  0578140956  23-JUL-02  1070157471             10,000.00/

TOTAL ITEMS:     0
C1     COMPLETED

0522317





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:       MCR003                                              Type:        LP-CL

Request ID      Account      Capture        Seq #      Pod #      Amount
21099-27JAN03  0578140956   29-JUL-02 0470063084                 3,200.00/U

                           TOTAL ITEMS:    0
                    C1      COMPLETED





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:        MCR003                                    Type:        LP-CL

Request ID    Account    Capture       Seq #      Pod #    Amount
21100-27JAN03 0578140956 29-JUL-02 0470063087              7,500.00/U

                    TOTAL ITEMS:    0
              C1      COMPLETED

0522350





05-DEC-02

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1037314B

Oper:      MUG001                                  Type:         LP-CL

Request ID     Account     Capture      Seq #      Pod #    Amount
12443-04DEC02 0578140956  31-JUL-02 0770911015              5,000.00/U

                         TOTAL ITEMS:   0
                   C1      COMPLETED

0522358





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

                    Group:      GLPU1041726G

Oper:        MCR003                              Type:        LP-CL

Request ID    Account      Capture      Seq #      Pod #    Amount
21664-27JAN03 0578140956  02-AUG-02 0670552281             5,000.00/U

                    TOTAL ITEMS:    0
              C1      COMPLETED





05-DEC-02

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:      GLPU1037314A

Oper:      MXB015                                        Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #      Amount
02986-05DEC02 0578140956   07-AUG-02 0170597555                 5,000.00/U

                    TOTAL ITEMS:    0
              C1      COMPLETED

0522368





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:        PXA005                                    Type:          LP-CL

Request ID     Account     Capture        Seq #       Pod #     Amount
21983-27JAN03  0578140956  19-AUG-02  0973072137               10,000.00/

                     TOTAL ITEMS:   0
                 C1     COMPLETED

0523087





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:        LXY004                                    Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #    Amount
22433-27JAN03 0578140956   16-SEP-02 0976257266               5,000.00/U

TOTAL ITEMS:    0
C1      COMPLETED

0522525





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:       LXY004                                Type:         LP-CL

Request ID    Account    Capture      Seq #        Pod #    Amount
22479-27JAN03 0578140956 16-SEP-02 0976257267               10,000.00/

                        TOTAL ITEMS:    0
                   C1      COMPLETED

0522527



0523339



0523340





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:        RLC009                              Type:        LP-CL

Request ID       Account       Capture       Seq #       Pod #    Amount
22835-27JAN03 0578140956   04-OCT-02 0978825212                10,000.00/

TOTAL ITEMS:    0
C1      COMPLETED

0529512





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726G

Oper:      RLC009                              Type:      LP-CL

Request ID    Account     Capture      Seq #    Pod #    Amount
22834-27JAN03 0578140956  04-OCT-02 0978825211           15,000.00/

TOTAL ITEMS:    0
C1     COMPLETED

0529510





15-DEC-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:      GLPU1065811M

Oper:      JXS003                                    Type:      LP-CL

Request ID      Account      Capture      Seq #      Pod #      Amount
29194-08DEC03 0578140956   29-OCT-02 000470441557            10,000.00/

TOTAL ITEMS:   0
C1      COMPLETED

0523259





15-DEC-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1065811M

Oper:       LXB009                                    Type:      LP-CL

Request ID      Account      Capture      Seq #      Pod #    Amount
29413-08DEC03   0578140956   20-NOV-02   000178380926         15,000.00/

TOTAL ITEMS:    0
C1      COMPLETED

0523281





16-DEC-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1065811M

Oper:        SXH003                                          Type:          LP-CL

Request ID     Account      Capture      Seq #       Pod #    Amount
03455-09DEC03 0578140956   10-DEC-02 000470435939             5,000.00/U

                           TOTAL ITEMS:    0
                       C1      COMPLETED

0523393





16-DEC-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

                    Group:     GLPU1065811M

Oper:       DXM000                                    Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #     Amount
03742-09DEC03 0578140956   31-DEC-02 000572731613              10,000.00/

                    TOTAL ITEMS:     0
                C1      COMPLETED

0511482

Account Number:     70030686
Date:               May 01, 2003
Page:               11 of 23



Account Number:          70030666
Date:                    May 01, 2003
Page:                    2 of 12



TRACE# 1 17 1540 POSTED 03/06/2003 CK# 1045 $2500.00

TRACE# 1 17 1540 POSTED 03/06/2003 CK# 1045 $2500.00

TRACE# 1 49 1750 POSTED 03/10/2003 CK# 1056 $354.86

TRACE# 1 49 1750 POSTED 03/10/2003 CK# 1056 $354.86

TRACE# 1 8 2490 POSTED 03/06/2003 CK# 1057 $2708.66

TRACE# 1 8 2490 POSTED 03/06/2003 CK# 1057 $2708.66

TRACE# 2 31 320 POSTED 03/03/2003 CK# 1058 $25000.00

TRACE# 2 31 320 POSTED 03/03/2003 CK# 1058 $25000.00

0516600

—





10-FEB-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1041726H

Oper:      JXS003                                    Type:       LP-CL

Request ID     Account       Capture       Seq #      Pod #    Amount
14832-27JAN03  0578140956    21-FEB-02  6570989886             5,000.00/U

                          TOTAL ITEMS:    0
                    C1      COMPLETED

0522901





16-DEC-03

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1065811M

Oper:        BAG003                                      Type:        LP-CL

Request ID      Account      Capture      Seq #      Pod #    Amount
29478-08DEC03  0578140956  21-NOV-02  006671530984            10,000.00/

TOTAL ITEMS:   0
C1      COMPLETED

0523288

Account Number:    70030686
Date:    May 01, 2003
Page:    11 of 12



TRACE# 20 18 800   POSTED 03/07/2003 CK# 1111   $80000.00



TRACE# 20 18 800   POSTED 03/07/2003 CK# 1111   $80000.00



TRACE# 1 71 2080   POSTED 03/04/2003 CK# 1121   $140979.98



TRACE# 1 71 2080   POSTED 03/04/2003 CK# 1121   $140979.98



TRACE# 2 36 120   POSTED 03/06/2003 CK# 1122   $10000.00



TRACE# 2 36 120   POSTED 03/06/2003 CK# 1122   $10000.00



TRACE# 1 14 1730   POSTED 03/07/2003 CK# 1124   $8642.24



TRACE# 1 14 1730   POSTED 03/07/2003 CK# 1124   $8642.24

0516611