# Attachment

# 49

April 18, 2003

To: Capital Holding's, LLC "Contract Holders"

From: Michael Smith and Associates of Northwest Group, LLC

### RE: Status update and latest information on "Capital Holdings"

We were all shocked and dismayed (to put it mildly) by the completely unexpected turn of events when, last month, we were informed that all of Capital Holdings' bank accounts under the control of Norm Schmidt, and his associates, had been **seized by the US Government (see attached Forms and please note they are not signed by a Judge, only the Clerk of the Court).** I, like many of you, had borrowed money from equity in my home to participate in this program, so I know exactly how many of you have been hurt by these events.

If you are not already aware, the FBI along with the Justice Department confiscated all the records of Capital Holdings, on March 7th, 2003. When this happened we were told the government also took all the deposits the Contract Holders had made to Capital Holdings, LLC.

We have been in constant communication with every person or Legal Representative who has had information regarding Capital Holdings and depositors. We were advised by Norm Schmidt & his corporate attorney, Gary Herbert continually that the funds were secure and that everyone would be refunded. Our first concern was for the contract holders and still is. We have retained counsel to represent all the Contract Holders who wish to be represented should this issue not be resolved in a timely matter.

Thus far, we have been told that the government has all the funds. A Capital Holdings attorney, Harvey Steinberg, who is representing Norm Schmidt and Capital Holdings, is in contact with the U.S. Attorneys Office. The government admits they have the funds and are going to set up a trust account for the contract holders, and that the funds are to be returned to the contract holders. This is per discussions with Norm Schmidt.

We were informed by Norm Schmidt, that his attorney advised him that he has informed the government to return said funds before additional tort damages occurred. Tort damages in this matter would be actual damages to an individual or business due to the unlawful taking of funds by the Government. Norm informed us that his attorney is meeting with the government again, on Tuesday April 22, 2003 to discuss returning the property taken by the government, including the return of the funds. We are hopeful that these discussions will be effective in resolving this problem as the attorney advised the Government that all contract holders could file an individual claim against the government.

To this end we have retained an attorney that would represent all contract holders in recovering all the funds belonging to the contract holders. In the event that the Government refuses to cooperate timely and return all funds to Contract Holders, we recommend joining forces in a Law Suit to save unnecessary duplication of legal fees. Legal action may not be necessary; however, we feel that it is prudent for us to be prepared in the event the government wants to stall on returning the funds.

The stress level is high as we try to make sure your funds are protected, and to make sure that Mr. Norm Schmidt, and legal associates remain on top of this and not just sit around waiting, while the Government continues to stall. **We would suggest that you make it clear in the event you have an opportunity to talk to the government that you know they have the funds and you want them returned ASAP.**

If you have any information which you feel could be helpful in our fight, please fax it to (509) 465-5282 (Northwest Group) and we will get a copy to all the legal people working on this case. Thus far we have not had to ask for any legal fees and hope this will be resolved without any legal fees being incurred by any of the contract holders. We have retained Terry McCaulley & Larry Becraft to represent the class of contract holders to resolve this issue at our own expense for the time being.

We are all devastated and distressed by the events which have taken place over the last six weeks, and with the latest information hope to be out of this shortly. Our goal is to have all of us made whole without legal actions. We feel that joining forces will help all of the Contract Holders to get the results we want; to help "encourage" the Government to act promptly, and for Mr. Schmidt to work this out quickly. We are not saying you must be joined with the group, however as you noted in the war with Iraq, unity in this endeavor will be a major deciding factor in bringing this to a quick and successful close.

Please give this your immediate attention. We have enclosed a document for you to review, sign, and return to us. The attorney whose name appears below is allowing us to do some of the administrative work to hold the costs to a minimum. We can only hope you will join the Class Action if needed. Should you decide to go to the personal expense of retaining your own Attorney, we will be happy to supply them with any and all information we may have.

Respectfully Yours,

Michael Smith

0304033

Attorney:          Terry McCaulley                 Larry Becraft Jr.
                   21975 S. Woodland Way           209 Lincoln Street
                   Estacada, Oregon 97023          Huntsville, AL 35801

Mr. Schmidt:       Norman Schmidt
                   5850 E 58th Avenue
                   Commerce City, Colorado 80022

Norm's Attorney:   The Law Firm of Springer & Steinberg
                   Harvey A. Steinberg
                   1600 Broadway Ste 1950
                   Denver, Colorado 80202

## REQUEST TO PARTICIPATE / NOT PARTICIPATE
## IN LEGAL PROCEEDINGS

### CHECK ONLY ONE OF THE BELOW CHOICES.

_____ I, the undersigned, **DO wish** to participate as a joint creditor in an action yet to be filed, against Capital Holdings, Norm Schmidt and other principals to include the Federal Government (a complete list will be generated and be available prior to filing this action).

_____ I, the undersigned, **DO NOT wish** to participate as a joint creditor in any action to be filed against Capital Holdings, or Norm Schmidt or other principals to include the Federal Government.

Note: Failure to respond will NOT prevent you from joining the action in the future, although you may have to have separate legal counsel. You are not giving up any of your legal rights by either choice above. This form simply allows us to include your name as a creditor if and when the action is filed in the court.

Dated:_____

_____    _____
Please print name clearly                         Please sign name legibly

Please return promptly to:

Northwest Group, LLC & Associates
Attn: Michael Smith
12128 N. Division Street # 103
Spokane, Washington 99218

0304035