**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-RB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  CHARLES FRANKLIN LEWIS,

    Defendant.

---

## MINUTE ORDER[1]

---

    Defendant Charles Lewis' Unopposed Motion to Appear by Telephone at February 3, 2006 Status Conference Hearing [#644], filed January 31, 2006, is GRANTED.  Counsel for defendant Lewis is permitted to participate by telephone for the status hearing on February 3, 2006.  Counsel shall contact the chambers of Judge Blackburn, telephone number (303) 335-2350, on the date and time of the hearing.

Dated:  February 1, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.