# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00103-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  CHARLES LEWIS,

    Defendant.

## MINUTE ORDER[1]

    Defendant Lewis's Motion to Adopt Defendant Norman Schmitdt's Motion to Suppress Evidence Seized Pursuant to Four Search Warrants [#402], filed April 12, 2005, is **GRANTED**.

Dated:  February 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.