**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  CHARLES LEWIS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the defendant's **Motion for Permission To Be Excused From Conference Call** [#1403], filed October 22, 2007.  The motion is **GRANTED**, and counsel for defendant Charles Lewis is permitted to be excused from the conference call set for October 25, 2007, at 10:00 a.m.

    Dated:  October 23, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.