**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-04

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4. CHARLES LEWIS,

      Defendant.

---

**ORDER RE MOTION FOR EXTENSION OF VOLUNTARY SURRENDER DATE**
**AND FOR JUDICIAL RECOMMENDATION FOR PLACEMENT IN A COLORADO FACILITY**

---

**Blackburn, J.**

The matter before me is defendant's **Motion for Extension of Voluntary Surrender Date and For Judicial Recommendation for Placement in a Colorado Facility** [#1513] filed May 5, 2008. Having reviewed the motion and the government's response, *see* [#1518], I grant the motion in part and deny it in part.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion for Extension of Voluntary Surrender Date and For Judicial Recommendation for Placement in a Colorado Facility** [#1513] filed May 5, 2008, is **GRANTED** in and **DENIED** in part:

    a. That the motion is **GRANTED** insofar as it requests that the voluntary surrender date be extended to June 23, 2008; and

    b. That the motion is **DENIED** otherwise.

Dated May 22, 2008, at Denver, Colorado.

                              **BY THE COURT:**
                              **s/ Robert E. Blackburn**
                              **United States District Judge**