**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-04

UNITED STATES OF AMERICA

    Plaintiff,

v.

4.    CHARLES LEWIS,

    Defendant.

## ORDER OF FORFEITURE

The matter is before the court on the **Government's Motion Pursuant to Fed. R. Crim. P. 32.2(b) for an Order Setting Forth Money Judgments** [#1359] and the **Government's Reply to Defendant Norman Schmidt's Response to Motion for an Order of Forfeiture and Amendment to Its Motion for an Order of Forfeiture as to the Other Defendants** [#1442], to the extent that those pleadings request an *in personam* money judgment against defendant, Charles Lewis, in the amount of $33,097,895.12.

The court finds, pursuant to Fed.R.Crim.P. 32.2(b)(1) that the amount of $33,097,895.12 constitutes proceeds of the conspiracy and fraud offenses set forth in Counts 1, 3, 5, 16, 21, 22, 24, 25, and 28 of the **Second Superseding Indictment** [#526], and that $55,000 of that amount constitutes property involved in the money laundering offense set forth in Count 41 of the **Second Superseding Indictment**, of which defendant, Charles Lewis, was convicted at trial.

The court finds further that the amount of $33,097,895.12 reflects the gross proceeds of the conspiracy and fraud offenses set forth in Counts 1, 2-4, 5, 9, and 12-29 of the **Second Superseding Indictment** attributable to defendant Charles Lewis in the amount of $33,104,225.64, minus the value of defendant Charles Lewis' previously forfeited property in the amount of $6,330.52.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1.That pursuant to Fed.R.Crim.P. 32.2(b)(1), defendant, Charles Lewis, shall forfeit to the United States the amount of $33,097,895.12, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Sections 981(a)(1)(A) & (C), 1956(c)(7), and 1961(1)(B) & (D);

2. That pursuant to Fed.R.Crim.P. 32.2(b)(3), this Order of Forfeiture is effective *nunc pro tunc* to April 30, 2008, when the court first pronounced this order at defendant Charles Lewis' sentencing;

3. That pursuant to Fed.R.Crim.P. 36, defendant Charles Lewis' **Judgment and Commitment** [#1519] is amended to reflect and include this Order of Forfeiture;

4. That the court shall retain jurisdiction in the case for the purpose of enforcing this order; and

5. That the Clerk of this Court shall serve a copy of this order on the United States Marshal for the District of Colorado and on counsel for the parties.

Dated October 27, 2008, *nunc pro tunc* to April 30, 2008.

          **BY THE COURT:**

          s/ Robert E. Blackburn
          **Robert E. Blackburn**
          **United States District Judge**