**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cr-00103-REB-4
(Civil Action No. 11-cv-01537-REB)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

4.  CHARLES LEWIS,

    Defendant/Movant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER DENYING § 2255 MOTION** [#1904] of Judge Robert E. Blackburn entered on August 3, 2015 it is

ORDERED that the **Motion To Vacate, Set Aside, or Correct Sentence Pursuant To 28 U.S.C. § 2255** [#1862] filed June 13, 2011, is denied; it is further

ORDERED that the motion asserting **Additional Claim(s) To Attach to 2255 Motion** [#1865] filed June 16, 2011, is denied; it is further

ORDERED that the **Motion To Acquire Discovery and Extend Time** [#1868] filed August 1, 2011, is denied; it is further

ORDERED that the **Superceding Motion Under Title 28 USC §2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** [#1871] filed August 8, 2011, is denied as untimely; it is further

ORDERED that the **Additional / Supplemental To Superceding 2255** [#1972] filed August 30, 2011, is denied as untimely; it is further

ORDERED that the **Motion for Leave To "Amend" Pursuant To Fed. R. Civ. P. 15(a) and Strike Amount of Funds Without a Finding by the Jury Beyond a Reasonable Doubt in Violation of Apprendi, Blakely, and Booker, and its Progeny and Briffith** [*sic*] **v. Kentucky** [#1880] filed December 9, 2011, is denied; it is further

ORDERED that under 28 U.S.C. § 2253(c)(2), a certificate of appealability is denied; it is further

ORDERED that under 28 U.S.C. § 1915(a)(3), leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit; it is further

ORDERED that judgment **ENTERS** in favor of the United States of America, and against the defendant, Charles Lewis, on all claims for relief and causes of action asserted in his **Motion To Vacate, Set Aside, or Correct Sentence Pursuant To 28 U.S.C. § 2255** [#1862] filed June 13, 2011, **Additional Claim(s) To Attach to 2255 Motion** [#1865] filed June 16, 2011, **Superceding Motion Under Title 28 USC § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** [#1871] filed August 8, 2011, and **Additional / Supplemental To Superceding 2255** [#1972] filed August 30, 2011; and it is further

ORDERED that Civil Action No. 11-cv-01537-REB is closed.

Dated at Denver, Colorado this 30th day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk